UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-80521-REINHART

ALFRED DAVIS,

    Plaintiff,

v.

MARKENZY LAPOINTE, et al.,

    Defendants.
_____/

## NOTICE OF RECUSAL

The undersigned Magistrate Judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

Signed in Chambers at West Palm Beach, Florida, on April 29, 2025.

*[signature]*

BRUCE E. REINHART
United States Magistrate Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge ___William Matthewman___.

2

Copies of this Notice shall be served on all pending parties of record by United States Mail. All documents for filing this case shall carry the following case number and designation: __9:25-cv-80521-WM_____.

By order of the Court this __30th__ day of __April_____ 2025.

                                             ANGELA NOBLE
                                             Clerk of Court

                                             *John M. Ditullio*
                                             _____
                                             By: Deputy Clerk