UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-80521-MATTHEWMAN

ALFRED DAVIS,

        Plaintiff,

v.

MARKENZY LAPONTE, et al.,

        Defendants.

_____/

## <u>ORDER REGARDING MAGISTRATE JUDGE JURISDICTION</u>

Pursuant to Administrative Order 2025-11, the undersigned United States Magistrate Judge has been assigned as the presiding Judge for all purposes in this case, including conducting all proceedings and entering all orders and final judgment. As set forth in the Administrative Order:

> Any party who objects to the assignment of a Magistrate Judge as the presider may opt out by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge. Upon receipt of an order granting the motion for reassignment, the Clerk will randomly reassign the case to a District Judge following the Court's standard civil case assignment procedures, keeping the original Magistrate Judge assigned to the case.

In accordance with 28 U.S.C. § 636(c), Federal Rule Civil Procedure 73, and Administrative Order 2025-11, Plaintiff may waive the right to proceed before a United States District Judge of this Court and voluntarily consent to have a United States Magistrate Judge conduct any or all proceedings in this case and to order the entry of a final judgment.

Therefore, it is **ORDERED and ADJUDGED** that, if Plaintiff objects to the Magistrate Judge conducting all proceedings in this case, on or before **May 15, 2025**, Plaintiff must file a **<u>Motion for Case Reassignment</u>** stating that Plaintiff objects to the assignment of a United States

Magistrate Judge as the presider and requests that this case be randomly reassigned to a United States District Judge.

If Plaintiff fails to file a Motion for Case Reassignment by **May 15, 2025**, Plaintiff will be deemed to have consented to the undersigned Magistrate Judge conducting all proceedings in this case and ordering the entry of judgment.[1]

It is up to Plaintiff whether to consent or file a Motion for Case Reassignment. Plaintiff is free to withhold consent without any adverse consequences whatsoever and to request that this case be reassigned to a United States District Judge. If Plaintiff withholds consent, there will be no adverse substantive consequences.

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 1st day of May 2025.

WILLIAM MATTHEWMAN
United States Magistrate Judge

---

[1] *See Roell v. Withrow*, 538 U.S. 580, 591 (2003) (finding that a party's consent to the Magistrate Judge's jurisdiction under § 636(c) is supplied by a "general appearance[] before the Magistrate Judge, after [the party] ha[s] been told of [the party's] right to be tried by a district judge").