Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED BY _MC_ D.C.

MAY 0 5 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Alfred Davis
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*
-v-

Markenzy Laponte, Et. Al.
US Attorney General
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 25-CV-80521
*(to be filled in by the Clerk's Office)*

## AMENDED
## COMPLAINT AND REQUEST FOR INJUNCTION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                    Alfred Davis
Street Address          _____
City and County         _____
State and Zip Code      _____
Telephone Number        _____
E-mail Address          _____

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

UNITED STATES DISTRICT COURT

OF THE 11TH DISTRICT OF FLORIDA

MIAMI DIVISION

| | | |
|---|---|---|
| Alfred Davis, | } | Case No.: 25-CV-80521 |
| Petitioner, | } | Referenced from case |
| V. | } | number 1:24-CR-20456-JB-1 |
| Markenzie Laponte, Et. AL. | } | |
| Respondent(s). | } | |

## DECLARATION AFFIDAVIT OF Alfred Davis

1. I am over 18 years of age.
2. I reside in Miami, Florida at all times.
3. On 05/06/2025, I was forced to trial for Counterfeit Access Device, and found guilty with no evidence.
4. On 10/15/2024, an indictment was filed against me by Markenzy Laponte, for several alleged criminal acts.
5. The court did not have an indictment or complaint filed against Alfred Davis without a true bill and or indictment until after he was charged.
6. Alfred Davis was never given a copy of any warrants or indictments by a grand jury.
7. After trial the courts and its agents conspired and falsified the trial transcripts.
8. The Courts and its agents prosecuted Alfred Davis under direct conflict of interest.
9. The Courts and its agents never met the burden of proving their case as stated by the trial judge verbatim: "I am not remanding him to jail, I disagree with the jury because you guys did not prove your case. You brought no

evidence, you brought no counterfeit access device machine, "which is what he was charged with", and you had no witnesses to identify Alfred Davis."

10. Alfred Davis believes there are no grand jury warrants and grand jury indictments filed in his case. Just the U.S. Attorney Signing the Indictment and blotting out the Grand Jury Foreperson. No documents or grand jury minutes were ever furnished under the Best Evidence Rule and Discovery Doctrine.

11. Jurisdiction has been invoked enforcing the authority of Honorable President Donald Trump Executive Order #301 Title 3 ENDING Weaponization of the Federal Government. See Exhibit "B". Whereas, the government agents and or officers have weaponized the law and used it to cause harm and detriment to We The People!

12. In *Starbucks v. McKinney*, the Supreme Court of the United States clarified the standard for injunctive relief under Section 10(j) of the National Labor Relations Act (NLRA or the "Act"). The 9-0 decision, authored by Justice Thomas, with Justice Jackson concurring in the judgment and dissenting in part, held that appropriate standard is the four-part test for preliminary injunctive relief articulated in *Winter v Natural Resources Defense Council, Inc.* 555 U.S. 7 (2008). That test requires the party seeking the injunction to show "[1] he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is in the public interest." *Winter*, 555 U. S., at 20, 22. This represents a significant change and one that is likely to make it more difficult for the National Labor Relations Board (NLRB or the "Board") to obtain injunctive relief while an unfair labor practice claim is being litigated. Whereas Alfred Davis seeks injunction to prevent the courts from illegally moving forward to a trial without honoring all of Alfred Davis due process guarantees. To wit. Production of request for recordings (trial transcripts and hearing recordings) and court records (grand jury warrants Rule 6 & Grand Jury Indictments Rule 7). Duties and powers of the Grand Jury:

"While grand juries are sometimes described as performing accusatory and investigatory functions, the grand jury's principal function is to determine whether or not there is probable cause to believe that one or more persons committed a certain Federal offense within the venue of the district court. Thus, it has been said that a grand jury has but two functions—to indict or,

in the alternative, to return a "no-bill." *See* Wright, *Federal Practice and Procedure*, Criminal Section 110.

At common law, a grand jury enjoyed a certain power to issue reports alleging non-criminal misconduct. A special grand jury impaneled under Title 18 U.S.C. § 3331 is authorized, on the basis of a criminal investigation (but not otherwise), to fashion a report, potentially for public release, concerning either organized crime conditions in the district or the non-criminal misconduct in office of appointed public officers or employees. This is discussed at JM 9-11.300 and JM 9-11.330. *See Jenkins v. McKeithen*, 395 U.S. 411, 430 (1969); *Hannah v. Larche*, 363 U.S. 420 (1960). Whether a regular grand jury enjoys a comparable authority to issue a report is a difficult and complex question. *Cf. United States v. Briggs*, 514 F.2d 794 (5th Cir. 1975). The Criminal Division of the Department of Justice should be consulted before any grand jury report is initiated, whether by a regular or special grand jury. See also JM 9-11.330."

13. Where a litigant can prove that an officer of the court fraudulently coerced or improperly influenced the impartial nature of the court, fraud on the court can be established. See **Bulloch V. United States, 721 F.2d 713 at 718 (10th Cir. 1984)**; U.S. Attorney **Markenzy Laponte** filed an indictment and signed it without a grand jury decision violating Alfred Davis Fifth Amendment Right and the courts are moving forward despite the violation and deprivation of Alfred Davis rights. This is proof the U.S. Attorney influenced the impartial nature of the court, if influence was not made Alfred Davis would not seek injunctive relief and or temporary restraining order because due process would prevent the case from moving forward to a trial.

14. *"If a judge does not comply with the constitution, then his orders are void, See **In Re Sawyer**, 8 S.Ct. 482 (1888),* he is without jurisdiction to act. If a court acts where they did not have authority to act the court orders are null and void. See **Elliot V. Piersol**, 26 U.S. 328, 340 (1828) (Courts are constituted by authority, they cannot act beyond the power delegated to them. If a court acts without authority, in judgements and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to reversal. They constitute no justification; and all persons concerned in executing such judgements, or sentences, are considered, in law, as trespassers.") **Basso V.**

**Utah Power and Light Co**., 495 F.2d 906, 910, **United States V. Throckmorton**, 98 U.S. 61, 25 L. Ed. 93 (Fraud vitiates the most solemn contracts, documents, and even judgements.") which applies to this case. The Court and U.S. Attorney Markenzy Laponte did not have subject matter jurisdiction or jurisdiction to hear and decide the case because a grand jury did not issue an indictment. Federal law requires a grand jury indictment for a wire fraud charge to be filed in federal court. This is a constitutional requirement, as the Fifth Amendment to the US Constitution states that no person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury.

Here's a more detailed explanation:

**Grand Jury Indictment:**
A grand jury is a group of citizens (typically 16-23) convened by a federal judge to investigate criminal allegations. They review evidence presented by federal prosecutors to determine if there's enough evidence to charge someone with a crime. If they find enough evidence, they issue an "indictment," which is a formal accusation.

**Federal Wire Fraud:**
Wire fraud is a federal crime under 18 U.S.C. § 1343. It involves using wire, radio, television, or other electronic communication to commit a fraudulent scheme.

**Constitutional Protection:**
The Fifth Amendment to the Constitution protects individuals from being prosecuted for serious federal crimes without first being indicted by a grand jury. This requirement helps ensure that the government has a strong case before proceeding with a criminal trial.

15. **In Morison V. Coddington, 662 F.2d. 155, 135 Ariz. 480 (1983)** *("Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking the untruth.")* **Louisville V. Motley, 211 U.S. 149, 29 S.Ct. 42** *("If any tribunal finds absence of proof of jurisdiction over a person and subject-matter, the case must be dismissed. The accuser bears the burden of proof beyond a reasonable doubt.").* This court has never

proven or stated its jurisdiction on the record for the record, without first establishing jurisdiction the case warrants dismissal.

16. Petitioner defines: "Fraud upon the court": "Which makes void the orders and judgments of that court. It is also clear and well-settled Illinois law that any attempt to commit "fraud upon the court" vitiates the entire proceeding. The People of the State of Illinois v. Fred E. Sterling, 357 Ill. 354; 192 N.E. 229 (1934) ("The maxim that fraud vitiates every transaction into which it enters applies to judgments as well as to contracts and other transactions."); Allen F. Moore v. Stanley F. Sievers, 336 Ill. 316; 168 N.E. 259 (1929) ("The maxim that fraud vitiates every transaction into which it enters ..."); In re Village of Willowbrook, 37 Ill.App.2d 393 (1962) ("It is axiomatic that fraud vitiates everything."); Dunham v. Dunham, 57 Ill.App. 475 (1894), affirmed 162 Ill. 589 (1896); Skelly Oil Co. v. Universal Oil Products Co., 338 Ill.App. 79, 86 N.E.2d 875, 883-4 (1949); Thomas Stasel v. The American Home Security Corporation, 362 Ill. 350; 199 N.E. 798 (1935). Under Illinois and Federal law, when any officer of the court has committed "fraud upon the court", the orders and judgment of that court are void, of no legal force or effect.

If jurisdiction is not alleged in the proceedings, then judgement and decrees are erroneous, and may be upon writ of error be reversed for that cause. The Judge never stated upon the record the court's jurisdiction. Thus, all orders are null and void. See 10 Wheat, Page 199. See also, Skillern's Executors V. May's Executors, 10 USC 267, 6 Cranch 267, 3 L.Ed. 220.

## RELIEF SOUGHT

17. Petitioner is being forced to trial without being provided with discovery requests and production of grand jury warrants and indictments, a request was made and no response by the courts for requests which deprive the petitioner of due process because he cannot retrieve evidence to exonerate himself in a timely manner to prevent malicious prosecution. The evidence is the U.S. District Court Clerk official video recording where a request was made to get a copy of the transcript for a hearing for appellate review and the judge and clerk of court has denied the transcript and interfered with the process. Violating 18 U.S.C. 2076 and 18 U.S.C. 1701, See Also **Griffith V. Illinois**, 351 U.S. 12 (1956) Petitioner has a right to be given a copy of

transcript for appellate review. If at any time a copy has a fee accessed the reason for the fee shall be noticed to the Defendant and the timely effort made to provide them with transcript once payment is rendered.

18. Petitioner also seeks additional witnesses that will provide testimony and sworn statements as to the unlawful charges against him.

19. Alfred Davis sought issuance for n injunction due to non-compliance with the law by courts and its agents. The request for Issue of injunction was made in the best interest of the public to protect the rights of Alfred Davis in the following:

- Have the courts to timely retrieve the transcripts and hearing transcript requests immediately and ensure the court costs are met.
- Have the court stay the trial until they provide Alfred Davis with a copy of the Grand Jury Warrant and The Grand Jury Indictment and the Minutes of each. In Accordance with Rule 6 & Rule 7 Of federal Rules of Criminal Procedure. Bonding information, Probation Contract, True Bill, and Bill of Attainder.
- Provide Alfred Davis with full discovery requests. To Wit. Bid Bond information, Bonding information, Probation Contract, True Bill, and Bill of Attainder.
- Review the Evidence and Injured Party De Novo.
- Enforce compliance with Honorable President Donald Trump Executive Order #301 Title 3 ENDING Weaponization of the Federal Government. The Department of Justice must act to investigate the weaponization of federal government agents and officers.
- Enforce compliance with the False Claims Act by having the Department of Justice investigate the false claims filed against Alfred Davis. See 31 U.S.C. Sections 3729-3722.
- Stay trial until the case number is investigated by the Department of Justice and other authorities as listed in the executive order and False Claims Act.
- The aforementioned will be in the best interest of the public and will protect Alfred Davis from deprivation and conspiracy against rights in causing him irreparable harm by way of malicious prosecution for governmental weaponization of federal law.

- Alfred Davis respectfully requests an emergency hearing on this injunction. Please schedule the hearing and subpoena all parties.
- Judge violated his oath of office 5 U.S.C. 3331, he practiced law from the bench 28 U.S.C. 454, and failed to report the criminal acts and deprivation of rights see 18 U.S.C. 2382 and 18 U.S.C. 4.
- Judge violated the Canon Code of Conduct Rule 1 & Rule 3.
- ***All of these Judges including Federal Judge Martinez Conspired to do Organized Fraud on our property and they all have money conflicts of interest with U.S. Bank as noted in this document Exactly like the 131 Federal Judges found guilty of Conflicts of Interest Lawyers found Guilty of Forging Judge's Orders, Exh. (73) , Exh. (72) and see to see Judges found guilty of Conflicts of Interest now we are at our Release on Bond and case should be Dismissed***
- **, because of all the fake news like the media reported fake shooting story created to color us as bad on Easter 2022 and July 4th weekend on July 7th, see: Gods2.com vid. H. and H2, totally because the guy who was supposed to be shot said he wasn't shot but that he hurt his hip off the Jetski and was soaking wet  and we all saw there was no blood at all as seen on the video all made up to take our property which is part of the Conspiracy on TV Media that deprives me of a fair trial or grand jury that includes the sheriffs, Dept. Dade**

county's Mayor, and Clerk of the Courts channel 7, Channel 10, CBS, NBC and the Miami Herald who put out Fake News, Exh. 23.

- *So that we can't get a fair trial for the RICO Conspirators, or a fair Writ of Replevin trial and they have prejudiced us from getting a Surety Bond, or getting a fair Notice of Removal and Writ of Replevin hearing because of Fake News Corrupt Lawyers and Judges who work with the Banks and are paid by the Banks with illegal conflicts of interest. As 131 judges was found guilty of making $ with Banks (Conflict of interest) NY Times.*

- *1. Federal Judge Jose E. Martinez is our Notice of Removal Judge for this Case 23-CV-22640-JEM away from this Foreclosure/Eviction Case #2010-61928-CA01 is the same Judge on Alfred Davis Case the TREASURER and SECRETARY of Boss Group Ministries Inc. the owners of the Foreclosure property in question 15020 South River Drive Miami Fl. 33167 Alfred Davis is charged with having a Paper ID Access Devise that they accuse Alfred Davis of, but this is a Conflict of interest because this Judge Martinez and his Magistrate Eduardo Sanchez both also have money Conflicts of Interest with U.S. Bank, Exh. 4 and 5. Which U.S. Bank is illegally foreclosing on and is owned by Boss Group Ministries Inc. where Alfred Davis is an*

*__Officer on as part of the strength of Boss Group Ministries, Which is__*
*__one more of the incentives as to why they would allow U.S. Bank to__*
*__continue illegally Foreclosing us in Violation of the Automatic stay__*
*__of 28 USC § 1446 (b) which says you can file more than one Notice__*
*__of Removals and (d) which says the Circuit Court can only act on the__*
*__Case after the Federal Judge Remands the Case back to the State__*
*__Circuit Court yet the Circuit Judge Carlos Lopez and Judge Spencer__*
*__Eig even after being noticed of the Notice of Removal Stay and the__*
*__Bankruptcy Stay Oct. 13th, line 387-392 14th, 15th and 16 lines 894-__*
*__398 and 388 the day of the Sale on the Docket of this Foreclosure__*
*__Case 201061928-CAO1__*

- **Judge Carlos Lopez who also has a very serious $ 4 million Conflict of Interest, Exh. 24. And Judge Spencer Eig with the same $ Conflict, Exh. 25. upheld Judge Carlos Lopez's illegal Violation of 28 USC § 1446 (d) Federal Stay and allowed the Sale to go through and be upheld.**

- **2. The Clerk of Court Juan Fernandez Barquin who also has the same $ Conflict, U.S. Bank, Exh. 26. And sped up the Eviction by transferring the Title to US Bank by Fraud and by Lying, saying we never Objected to the Sale, Exh. 27. line 446. dated 04/24/24 In**

our Case 2010-61928-CA01. When the fact is we  Objected to the Sale within the 10 day time period allotted after the Sale to Object according to, Fl. Stat. 45.031 (5) three times, see lines 404, 406 407 through lines 432 period allotted to Object to Sales see lines 404, 406 407 through lines 432 period allotted to Object to Sales, but they allowed the Sale to go through, transfer of Title Writ of Possession hearing in US Bank's  favor, and 24 hour post to Evict anyway through the Federal Stay with no Remand from Federal Judge who should've Recused himself off of Alfred Davis's Case for his evil Conflict of Interest.

- 3. We told and had a Process Server Serve the Eviction Sheriff office Lt. Flavio Quiroz we had a  Federal Stay and he said Notice of Removals and Bankruptcy Stays don't Stay Foreclosures anymore that stopped four years ago  which is a lie and they put a 24 hour Writ of Possession in Violation of the Stay and Eviction Manager Jennifer also refused to be served Notice of Removal Stay, Writ of Plevin Complaint and Color of Law Complaint (C.O.L.) that completely gives the proof of the Organized Fraud with the Police Report Case #PD240614188594 also filed in Dade Clerk Docket Case #2010-61928-CAO1 Doc. Line 491 dated 06/17/2024,

Reported to the State Atty. Office to Investigator J. Sanchez #54 dated 6/17/24, Exh. 30. Filed in Federal Court with the Case #23-CV-22640-JEM dated 06/17/24 Doc line #60, Exh. 30. Inspector General's Office SA. M. Diaz case #TBD, Exh. 31. and Code of Compliance Dept. see Exh. 29. pages 1-36. And filed with the County Clerk, Exh. 33.   in VIOLATION of 18 USC 1501 Which is a 1st degree Misdemeanor to refuse service as a County agency so they all knew that there was a Stay since, 10/13/23. So they used fake News about our house with staged fake shootings, gods2.com vid. H.  to take our house for Banks and big Developers which is also a Conflict of interest and has sentenced Alfred Davis to  8 months in jail even  though Maurice Symonette stood up and said he was the one who had the ID not Alfred Davis making Alfred Davis innocent from what they claim was a Crime and the Judge would not listen. All done to stop the American Gala Awards see: Americangala.com the AGA an event with 100 black stars helping homeless VETs with TRUMP coming to get an Honorary Doctorate Degree from a Haitian College to draw people to Donate to the Homeless VETs. An event that we've been doing since 1997 and we do Stand downs for the VETs to raise money for the Homeless VETs

done with the city of Miami Homeless Veterans Foundation, with Lt. Colonel Colmenares and Mayor Thomas Regalado Exh. 1. and the City of Opa Locka Florida, Exh, 2. also have done yacht Fundraisers for Republican Politicians on my 4 story 80 ft. yacht. Exh, 3. *So We must remove this Case now to west palm Beach because Broward and Dade County Federal fed courts keep transferring our case back to Dade County Federal Judge Jose Martinez, and Martinez who along with his Magistrate Eduardo Sanchez also have Financial conflicts of interest, with U.S. Bank Banks, Exh. 4 pgs.1-3 and Exh. 5 pgs. 1-3. who has allowed U.S. Bank to violate 28 USC § 1446 (d) allowing the Circuit Court to Foreclose over the Stay before the Case was Remanded See 2010-61928-CA01 Doc 387-389 and 394-398 10/13/2023-10/15/23 - 10/16/23 Notice of Removal was Filed yet they did not stop the Sale and Federal Judge Martinez did not Void the Sale in Violation of his Stay and Oath of office and this Prosecutor Johnathan Bailyn is retaliating against Alfred Davis a witness in Violation of 18 USC § 1513 who would not lie for them and who pointed out his RACISM by saying Alfred a Black Man can't live in a (white) people's apt. building and at the Sentencing Prosecutor Jonathan Bailyn*

*conspired with Alfred Davis Atty. Zeljka Bozanic three times during the Case they would not allow Maurice Symonette to testify for Alfred Davis knowing that Symonette was going to talk about his good character in helping the poor feeding the poor, doing big events like the AGA Event to house the homeless Vets and help Wounded Warriors see Americangala.com among so many other great things.*

- *And Alfred Davis Atty. Zeljka Bozanic must be charged with Dereliction of Duty because knew that Symonette was going to take the blame for the paper ID that Alfred Davis was charged with. And kept Maurice outside during the Case hearing, She and Judge Martinez Allowed Prosecutor bring up Alfred's criminal record in violation of rule 404 and still didn't allow Maurice Symonette to testify about his good character and before the Jury found him guilty his Attorney Zeljka told Alfred and Symonette that they were going to allow me to testify but let the case end anyway without my testimony and the Jury found Alfred Davis Guilty unbelievably because even Jesus was accused of all kinds of wickedness he uttered not a mumbling word and no man stood and said he was a good man so he was found guilty and put to Death like most black men like Alfred Davis and we were very upset! And the prosecutor Jonathan Bailyn*

*asked the Judge to Remand him to jail immediately but without my testimony but the Judge Jose Martinez shocked us saying he's not doing that because you guys did not prove your case you brought no evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis so I'm going to do a Directed Verdict myself July11th and I'm going to let you stay out on Bond until July 11th and he said "don't let me down Mr. Davis" and a week or so before July 11th Maurice Symonette and Micahiel Nichloson went to the Clerk of the Court and saw Alfred Davis's Docket and saw something shocking the Transcript by Transcriber Mary Ann Casale excluded the Statement that Judge Martinez said which was I'm not doing that because you guys did not prove your case, you brought no evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis. So Maurice Symonette brought Alfred Davis to the Federal Clerks office a day or so before the July 11 Sentencing hearing and saw it to we ordered the whole Transcript the Clerk printed it up and Alfred Davis was about to pay for it the Clerk saw that we noticed that we saw the horrible discrepancy and then said oh no we can't allow you to get transcript and took it from us in Violation of, 5 CFR §*

*1201.53 Record of Proceeding (a)(b)(c) but we have about 20 eye and ear witnesses that what Judge Jose E. Martinez said on both days of the trial was true we heard Judge Jose Martinez say those words which we also saw and heard, Affidavits,Exh.27.1-8, but on7/11/24 the Judge out of nowhere said he agreed with the Jury exactly the Opposite of what he said which explains why the transcriber refused process service for lawsuit, Exh.79 who Changed Transcript to match judges change about Alfred Davis. Atty. Zeljka because she didn't turn in our Character letters from his Family that we would be able to get us to testify on his Character of Alfred Davis and she knew I was going to say Alfred was innocent because I did it but they didn't allow us to testify and Judge Martinez went against his first statement and put Alfred in Jail for 8 months for what he Judge Martinez Called a Petty Crime {that I Maurice knows should not be in Federal Court} and Judge Martinez said if he's so bad why didn't you charge him with those Crimes. And now because Atty. Zeljka didn't turn in his Families Character letters, this tricky team with this Racist PROSECUTOR was able to put in his response to the request for Bond while waiting for his Appeal was able to say that Alfred doesn't have close family Ties because no Family wrote him a Character*

*letter or testified for his Character at the Hearing in the Docket7/17/24 Doc entry 74 last paragraph of page 1 case #24-CR-20051-JEM. What a trick to perfect their trick Case because his Atty. Held back the Character letters and she didn't let us Testify so that the Prosecutor can say no family ties to stop his Bond, here are the character letters she held back Exh.81,1-6.to stop the Americangala.com event for the VETS and take our property, what a perfect team to doom Alfred Davis with the help of his Atty. And this Racist Prosecutor Bailyn Nut called our nonprofit organization HOODLUMS like saying (Niggers).*

- Coupled with all these Fake charges done to take our Property by trying to make us look like *HOODLUMS* Wow we who feed the people and their kids every Sunday and after the event we pick up the trash  making our neighborhood very clean for almost 30 years with old people, young people, kids Latin, Black and White we help people with Community Service, we feed people, do voter Registration Drives and help with the Get out to Vote Strategies with Symonettes Fraternity Alpha Phi Omega a Service Fraternity for the People I have temple sermons 4 times a day played on different on Radio Stations daily, we got a Proclamation from the

city of Miami from doing these events, Exh. 6. and two Proclamations from the City of Opa-Locka, Exh.7 and 8, Maurice Symonette's Grand Father Sir Roland Symonette was the first Black Prime Minister of the Bahamas thereby making Maurice Symonette a Prince, Exh.9. who's Grand Father is on the Bahamian $50 bill. Exh, 10. Whose father Al. Symonette was one of Miami's First five Black Millionaires who owned the Sir John Hotel, the Night Beat Night Club and the First Black Taxi Cab Service in Miami Called Checkers where I was trained by my Dad, Whose Motto is Latin Black and White Must unite and telling the Police "Thank You for your Service", Exh. 11, Maurice Symonette was one of the First Black Men to live in a Mansion on Palm Island, Maurice Symonette has absolutely no Criminal Record. Maurice Symonette is known for teaching Black Men to not smoke, drink or take drugs like he has never done and how to make money without being a Criminal Maurice Symonette, Gods2.com on page 2. vid 36-39. And is the President of Boss Group Ministries and has a Doctorate Degree in Ministries, Exh, 12, an Honorary Doctorate Degree for letters and a Doctorate Degree in Humanity, Exh. 13, and Exh. 14, runs Boss Magazine, Exh, 15, Blacks For Trump

Magazine. Exh, 16, Also is the Founder of Blacks For Trump and Blacks For Israel, Latino's For Trump and Womens For Trump, Blacks for Truckers Haitians For Trump and Blacks for Israel because Yahweh Ben Yahweh in 1988 when Synagogues were being defaced with Nazi Swastickers Yahweh Ben Yahweh ordered us to guard those Temples, Exh.17, and the Jewish Priest came and thanked Yahweh Ben Yahwen Exh. 18. We are the Freedom Fighters with Yahweh Ben Yahweh we cleaned up the Black neighborhood we cleaned up liberty city, overtown and North beaches on A1A, Exh. 19, 1-4. and Exh. 20. we made the area safe to walk in, Exh. 21, 1-3. Yahweh hotels we guarded the old ladies across the street from the temple and if anybody snatched their purse we would run them down and beat them up And take the lady's purse back and call the police on the guy and arrest him we guarded the Jewish temples when they were being defaced and others with Swastikas, Exh. 30. and all of the priest came and thanked us we stopped drug dealing around the Complexes we owned we had our own Grocery store we gave away food we gave away clothing we gave people rides to their jobs we kept people informed with literature had millions of readers of our literature

nationwide owned Business we hired People for jobs even Federal Broward Chief Judge Norma Roettger in the Yahweh Case said the reason why he gave Yahweh Ben Yahweh such little time is because. He said he had to be commended for his good works and he had done a lot of good works, Exh. 31,

- *yet this Bully Assed Racist Prosecutor Bailyn calls us HOODLUMS what a RACIST name calling IGNORANT NUT Bailyn is who feels like he has to Destroy us with what Judge Jose Martinez calls Penny Anie charges to show us helpless black's who's the boss and we are not allowed to make money, Live nice or drive nice Cars WOW!!!*

- And our organization called Boss Group Ministries we Ministered several different radio stations four times a day to the people to unite Latin, Black and White. We have our own newspaper ads in the newspaper to inform people we were known noted by New times newspaper as the best radio station in south Florida, Exh. 32. We feed the hungry in our Neighborhood there's 6 transit houses with a bunch of homeless people in them and they come to our Party on Sundays and we feed them and for free! And we do stand downs with the homeless veterans foundation and the guy who's over veterans affairs for the city of Miami and we helped house the homeless VETS we help raise money

for the homeless VETS get their criminal record clear and expunged so that they can be productive citizens in America, Exh. 33. We bring stars to perform for the VETS. We do an event called the American Gala Awards yearly where we bring stars in to perform for free so that the VETS can get money donated to them by people texted donation to the Homeless veterans foundation, See Americangala.com. and we let all the money go to the VETS. We feed people at our house on Sunday So we bring Latin black and white together, we've been doing this since 1996. We protected the tea party Marchers when they said they were going to throw rocks at them but we marched In front and nobody would throw a rock and we talked to the Rebel Rousers and told them don't throw rocks so we stopped them from throwing eggs at the NFL experience at the Superbowl in Houston Texas after we set in on Antifa's meeting as spies to find out that they were going to go in and beat up people at the NFL experience and shut down NFL experience and disrupt the whole Super Bowl that's on video where you can actually see that on but we four stopped them and we stopped from trashing trump's hotel where they said they're going to go in and arrest and hang Trump we stopped all 4000 Antifas from coming In with just 6 of us because they're afraid of Michael and Alfred Davi was there at

all of these events helping to do this. When **THE TEA PARTY** would have flag waving day on Oakland park and US.1 several times some Arabs said they were going to beat up the Tea Partiers but we always confronted them and we made them back down and we protected them we did the same thing for Glen beck we had a big Meeting in Washington DC. We stopped them from attacking Glen Beck and all the Antifa and all these groups we stopped occupy Wall St. from doing disruptive stuff in the city of Miami we traveled to different states to help stop riots we honor the Police and teach our people to say thank you for your service and we done parades for the Police officers called back the Blue and they've honored us for it and we were honored by the military from Colonel Colmenares for helping to house the homeless vets we helped do voters registration in our back yard. We stopped them from cheating in the vote we had Occupy Wall Street on stage with the Tea Party and we made a truce with them and we had no fights and the police were astonished at our American Gala Award at Bayfront Park, See: Americangala.com Vid. 3. that we have done and people have been coming out to our FREE little parties for years including football stars and everybody and they love the atmosphere because we have kids old people Latin, Black, White, Chinese, all

nations of people at the party with no Problems and this bum Prosecutor Bailyn had the Nerve to call us **HOODLUMS** and say that we're not really a charity after all the charitable things we've done he is a Bastard from Hell. We're in the process of suing channel 7 and other media outlets. We stopped hundreds of millions of dollars in property damage from riots from occupy wall street Black lives matter and Antifa that attempted to destroy several cities in America we stopped the **HOODLUMS** yet this fool Bailyn calls us Hoodlums. I gave you all the Cure to the Corona Virus Gods2.com video #7. And yet Prosecutor Johnathan Bailyn called us HOODLUMS  just to taint Boss Group Ministries name and taint Alfred Davis a member of Boss Group Ministries so that they could feel free to take our property even Judge Martinez said you THE DOJ you haven't Proved your Case, you brought no evidence, and no witness pointed out Alfred Davis but now the TRANSCRIPT Transcriber of Mary Ann Casale we saw she took that out because it would make Judge Martinez Look like a RACIST. The enforcers of the Black Code of the South and Jim Crow which says Niggers are not allowed to own Property. The enforcers of the Black Code of the South and Jim Crow which says Niggers are not allowed to own Property

### **Oath and Affirmation**

Under Jurat this declaration affidavit has been read and all facts stated herein are true and correct to the best of my knowledge. Executed this 5th day of May 2025.

Sincerely,

State of Florida          )                    JURAT
                          ) ss:
County of Miami-Dade      )

On this _____ day of _____, 2025, personally appeared before me Alfred Davis who stated that he is this person as proved by identification and acknowledged said instrument to be its voluntary act and deed. Subscribed and sworn before me:

_____

Notary Public

MY COMMISSION
EXPIRES:_____

*AD*

APPEAL,BNDDUTY,CLOSED,EIS

## U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:24-cr-20051-JEM-1

Case title: USA v. Davis

Date Filed: 02/13/2024

Magistrate judge case number: 1:24-mj-02132-JB

Date Terminated: 07/11/2024

---

Assigned to: Judge Jose E. Martinez

Appeals court case number: 24-12274-H USCA

### Defendant (1)

**Alfred Lenoris Davis**
*YOB: 1974; English*
*TERMINATED: 07/11/2024*
*also known as*
Rod Lesperance
*TERMINATED: 07/11/2024*

represented by  **Alfred Lenoris Davis**
70485-004
627 Southridge Road
Delray Beach, FL 33444
PRO SE

**Zeljka Bozanic**
Bozanic Law, P.A.
17100 Royal Palm Blvd.
Ste #1
Weston, FL 33326
954-920-9750
Fax: 954-400-0335
Email: info@bozaniclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Khurrum B. Wahid**
Wahid Vizcaino LLP
2103 Coral Way, Suite 304
Miami, FL 33145
305-444-4303
Email: khurrum@wvmlawfirm.com
*TERMINATED: 01/26/2024*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

### Pending Counts

PRODUCES/TRAFFICS IN CNTRFEIT
DEVICE
(1)

### Disposition

IMPRISONMENT: 8 Months. SUPERVISED
RELEASE: Three Years.