FILED BY ___ D.C.

MAY 0 7 2025

ANGELA E. NOBLE
CLERK U.S. DIST CT.
S. D. OF FLA. - MIAMI

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No. 25-CV-80521

*(to be filled in by the Clerk's Office)*

Alfred Davis

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Markenzy Laponte, Et. Al.
US Attorney General
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Amended

## COMPLAINT AND REQUEST FOR INJUNCTION

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Alfred Davis |
| Street Address | 627 Southridge Rd |
| City and County | Delray Beach, FL 33444 |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name — Markenzy Laponte

Job or Title *(if known)* — U.S. Attorney General Southern District

Street Address — 99 N.E. 4th Street

City and County — Miami - Dade

State and Zip Code — Florida  33132

Telephone Number — (786) 913 - 4805

E-mail Address *(if known)* — Markenzy.laponte @ pillsbury law. com

Defendant No. 2

Name — Jacqueline Bacerra

Job or Title *(if known)* — Judge / Magistrate

Street Address — 99 N.E. 4th Street

City and County — Miami - Dade

State and Zip Code — Florida  33132

Telephone Number — 305 - 579 - 0500

E-mail Address *(if known)* — Jacquelne_bacerra@flsd.uscourts.gov

Defendant No. 3

Name — Jonathan Bailyn

Job or Title *(if known)* — U.S. Attorney General Southern District

Street Address — 500 S. Australian Ave. Ste. 400

City and County — West Palm Beach - Palm Beach

State and Zip Code — Fl. 33401

Telephone Number — (305) 209 - 1050

E-mail Address *(if known)* — Jonathan.bailyn @ usdoj.gov

Defendant No. 4

Name — Katie L. Sadlo

Job or Title *(if known)* — Assistant United States Attorney

Street Address — 500 S. Australian Ave. Ste 400

City and County — West Palm Beach - Palm Beach

State and Zip Code — Fl. 33401

Telephone Number — (661) 209 - 1043

E-mail Address *(if known)* — katie.sadlo @ usdoj.gov

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal questions          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   28 USC. 454, 5 USC 3331, 18 USC 2382, 18 USC 4
Federal Rules of Civil Procedure Rule 65
First Amendment Right to seek Redress
Eighth Amendment Right to be free from cruel and unusual punishment
Fourteenth Amendment Right to equal protection and due process of law. Executive Order 30(title 3
*See jurisdictional statement

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)*   Alfred Davis   , is a citizen of the

State of *(name)*   Florida   .

b.   If the plaintiff is a corporation

The plaintiff, *(name)*   ———   , is incorporated

under the laws of the State of *(name)*   ———

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)*   Markenzy Laponte   , is a citizen of

the State of *(name)*   . Or is a citizen of

*(foreign nation)*   .

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

     b.    If the defendant is a corporation

         The defendant, *(name)* _____ , is incorporated under

         the laws of the State of *(name)* _____ , and has its

         principal place of business in the State of *(name)* _____ .

         Or is incorporated under the laws of *(foreign nation)* _____ ,

         and has its principal place of business in *(name)* _____ .

         *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

         The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:


$500,000.00

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Miami, Florida

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

As described fictitiously in federal ~~unlawful~~ indictments

C.     **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved?  Who else saw what happened?)*

Please see attached Affidavit of
Alfred Davis. Also the record on appeal
is evidence of civil rights, deprivation of
rights, conspiracy against rights and
criminal violations committed by Plaintiffs!

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The acts perpetrated and committed against my person
constitutes vexatious filings, malicious prosecution, and
psychological terror, under acts of Domestic
Terrorism by sworn federal officials whom is in charge
to support, Protect and Defend the Constitutions. Criminal and
Civil actions committed against me cannot be erased.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Enforce USC codes of 18 USC 2382 & 18 USC 4, 18 USC 47 section
1001, 18 USC 1341, Fraud, waste and abuse violations compensation
for special appearances, attorneys fees, and time lost from
work. Prevent any civil & criminal prosecutions without
an injured party, and prevent any intentional and unwillful
violations of Constitutional laws and Federal laws.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Jose E. Martinez
Federal Judge
400 North Miami Ave. Rm 10-1
Miami, FL. 33128
Florida

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Mary ann Casale
Court Reporter
400 North Miami Ave #10-1
Miami-Dade
Florida, 33128

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Eduardo I. Sanchez
Federal Magistrate Judge
301 North Miami Ave. 6th Floor
Miami-DADE
Florida, 33128

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        04/24/2025

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT

OF THE 11TH DISTRICT OF FLORIDA

MIAMI DIVISION

| | | |
|---|---|---|
| Alfred Davis, | } | Case No.: 25-CV-80521 |
| Petitioner, | } | Referenced from case |
| V. | } | number 1:24-CR-20456-JB-1 |
| Markenzie Laponte, Et. AL. | } | |
| Respondent(s). | } | |

---

## AMENDED SWORN OATH

## DECLARATION AFFIDAVIT OF PRO SE Alfred Davis

1. I am over 18 years of age.
2. I reside in Miami Florida at all times.
3. They said they were investigating us for the Jan.6th Insurrection Case they FBI Agent Adam Weinstein called and said to Micahiel Nichloson who answered the phone and said he was Adam Weinstein from the FBI and I am investigating the Jan.6th Insurrection incident and then they ask to speak to Michael AKA Maurice Symonette the FBI Agent Weinstein said to Maurice Symonette said that he was investigating the Jan.6th Case for Insurrection and asked me did me and the Brothers go into the U.S. Capital Exh.(I) and Exh.(J. affidavit of me saying fbi called), Then the FBI Agent Adam Weinstein went to Alfred Davis's office and asked Alfred Davis did he know who these people were in the pictures of this book then he showed him a book with pictures of the Blacks For Trump brothers Maurices Symonette Enriqae Enterio and the proud boys, but Alfred Davis wouldn't talk to them and said speak to his Lawyer, Then FBI Agent Weinstein Arrested him on a state charge of counterfeit access Machine and when the Brothers and sister

went to Court for Alfred Davis they would not let us wear our Blacks For Trump T-shirts even though other Judges said we could wear it in the Court room On 05/06/2025, I was forced to trial for Counter Access Device, and found guilty but *Judge Martinez exclaimed in court that he Disagreed with the Jury and didn't remand AD to Jail as requested by Prosecutor Jonathan Bailyn Judge said I'm doing my own with no evidence I'm doing my own Directed Verdict on July,11th 2024, and leaving Alfred Davis out on Bond because the Prosecutor did not PROVE their Case, brought no evidence (Counterfeit Device Machine) and no Witness pointed out Alfred Davis for anything!* All in violation of

## 4. *TRUMPS EXECUTIVE ORDER SECTION 301 OF TITLE 3 UNITED STATES CODE*

*And now FBI Agent Adam Weinstein is hiding from Trump because Trump Ordered all FBI Agents who worked on the Insurrection Case Fired and so now Maurice Symonette is a Whistleblower on him*

5. But on July 10th we discovered that the Gov. took the Judge's Statement out and **ILLEGALLY CHANGED THE TRANSCRIPT** of **Judge Jose E. Martinez** to say "I'm not sure. I think there's enough issue in this case that I think I'll let him out until, at the very least, until sentencing". (July 11th), Exh. A. the Transcript and Exh. B. which is the Affidavits of those who heard Judge Martinez's real words. And when we ordered the in Court Video

6. On 10/15/2024, an indictment was filed against me by Markenzy Laponte, for several alleged criminal acts. 5 U.S.C 3331 we believe Lapointe was not an American Citzen.

7. The court did not have an **Grand Jury Warrant** the Gov. or a GRAND JURY **INDICTMENT** in violation of Mandatory Grand Jury Minutes Exh. (C) or Federal Rules of Civil Procedure 6 and 7'this complaint filed against Alfred Davis without a true bill and or indictment until after he was charged.

8. Alfred Davis was never given a copy of any warrants or indictments by a grand jury.

9. The Courts and its agents prosecuted Alfred Davis under direct conflict of interest. With Prosecutor District Attorney Markenzy receiving $2million in Mortgages and $615,000 in Cash from U.S. Bank and it's affiliates, A very serious Conflict of interest. Exh. (D). U.S. Bank is owned by the (CIC) which is China. Judge Becerra received $150,000 from U.S Bank, Exh. (E). U.S. Bank is owned by the (CIC) which is China. Judge Becerra received $150,000 from U.S Bank, Exh. (E). Prosecutor Jonathan Bailyn is the only Prosecutor among the 380 Prosecutors and Public Defenders that does not have financial Disclosure Statements out of 4 pgs of over 380 Prosecutors and Public Defendants we went through all of them from 2020 until now and Jonathan Bailyn has none in violation of 5CFR part 2634 and Subpart 1 OGE Form 450,  Exh. (F) so you can see.

10. **JUDGES WITH A CONFLICT OF INTEREST FROM DEUTSCHE BANK WITH US   BANK AGAINST ALFRED DAVIS FOR US BANK FOR THESE EHIBITS SEE GODS2.COM #1B**

1. SARAH I. ZABEL 4/7/09------------------------------------made 9 Million from US BANK, Exh. 56.

2. VALERIE MANNO SCHURR 1/21/22-------made almost 12 Million from US BANK, Exh. 57. E-W

3. JOHN SCHLESINGER 12/19/2017----------made almost 29 Million from US BANK, Exh. 58. A-N.

4. SAMANTHA RUIZ COHEN 5/12/2021--------------------made over 2 Million from US BANK, Exh. 59.D-T

5. MIGUEL DE LA O 1/9/2019------------------------------made almost 1Million from US BANK, Exh. 60.A-Q

6. VERONICA DIAZ 6/2/2020------------------------------made almost ½ Million from US BANK, Exh. 61.A-Z

7. VIVIANNE DEL RIO 5/4/2022------------------------made almost 2 Million from US BANK, Exh. 62.0-119

## CLERK OF THE COURTS HARVEY RUVIN AND JUAN FERNANDEZ-BARQUIN

5. CLERK HARVEY RUVIN-------------------------------------------made $315,000 from US BANK, Exh. 63.

6. CLERK JUAN FERNANDEZ-BARQUIN-----------------made $635,000 from US BANK, Exh. 64.

## APPELLATE JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK N. A.

1. BROWNWYN C. MILLER---------------------------------------made $95,000 from US BANK, Exh. 65.

2. KEVIN MICHAEL EMAS--------------------------------made $225,310 from US BANK, Exh. 66.

3. EDWIN SCALES---------------------------------------made $22,543 from US BANK, Exh.67.

## DADE FEDERAL DISTRICT JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK

4. FEDERAL JUDGE RODOLFO RUIZ----------------------made $250,000 from US BANK, Exh. 68.

5. FEDERAL JUDGE JOSE MARTINEZ-----------------made $250,000 from US BANK, Exh. 69.D-T

6. BANKRUPTCY JUDGE LAUREL ISICOFF—----------made $15,000 from US BANK, Exh. 70.D-H

7. FEDERAL MAGISTRATE EDUARDO SANCHEZ---made $250,000 from US BANK, Exh. 71.D-

8. 131 Judges were found guilty of Conflicts of interest.

11. 131 Judges were found guilty of Conflicts of interest. GOOGLE NY TIMES

12. Prosecutor Jonathan Bailyn is the only Prosecutor among the 380 Prosecutors and Public Defenders that does not have financial Disclosure Statements out of 4 pgs of over 380 Prosecutors and Public Defendants we went through all of them from 2020 until now and Jonathan Bailyn has none in violation of 5CFR part 2634 and Subpart 1 OGE Form 450, Exh. (F) so you can see.

13. And pursuant to 28 U.S.C SS 455 under SS 455(a), Recusal is mandatory in any procedure where the Judge's partiality might be questioned and (b) a Judge is expected to disqualify himself whenever any of the 5 statutorily prescribed criteria can be shown to exist in fact; even if no motion and affidavit seeking such relief has been filed if a reasonable person who will question the Judges impartiality here's the other reasons SS 455 (d) of 28 U.S.C. and SS 455 (d)(4) if a person has financial interest means of ownership of a leadable or unequitable interest however small. Fl. Stat. 112.312 (8) (9) says that there is to be no Conflict of Interest with the Judge and the Plaintiff against the Defendants. These are all the Judges conspiring to take our property and put our company Boss Group Ministries Vice President and Treasure in Jail to take our Property because China and Developers wants the 1Acre Waterfront Property especially after Gov. De Santis signed the LIV LOCAL ACT allowing you to build nine homes or an Apartment Building on the Property.

14. We Demand to see and examine their Oath Attorney General Markenzy Lapointe, U.S. Attorney Jonathan Bailyn, FBI Agent Adam Weinstein, Judge Jaqualine Becerra, Magistrate Eduardo Sanchez and Judge Jose E. Martinez his OATH OF OFFICE and we demand his proof of Citizenship because we have found 30 people in office who were not citizens in violation of the the 1938 Fara act which says that all Foreign Banks have to a Foreign Registration License because, All lawyers, Attorney Generals, and Judges must be Registered as a foreign agents with FARA I Demand to see their FARA DOCUMENTS or this is Treason.

15. The Courts and its agents never met the burden of proving their case as stated by the trial judge verbatim: "I am not remanding him to jail, I disagree with the jury because you guys did not **PROVE** your case. You brought no **EVIDENCE**, (no counterfeit access device machine, "which is what he was charged with"), and you had no **WITNESSES TO IDENTIFY ALFRED DAVIS**."

16. Alfred Davis believes there are no grand jury warrants and grand jury indictments filed in his case. Because we ordered the whole Docket and  shows no Grand Jury Warrant or signed Indictment

17. And it's not there Just the U.S. Attorney Signing the Indictment and blotting out the Grand Jury Foreperson. Grand Jury Minutes No documents or grand jury minutes were ever furnished under the Best Evidence Rule and Discovery Doctrine.

18. Jurisdiction has been invoked enforcing the authority of Honorable President Donald Trump Executive Order #301 Title 3 ENDING Weaponization of the Federal Government. See Exh. "G". Whereas, the government agents and or officers have weaponized the law and used it to cause harm and detriment to We The People **BLACKS FOR TRUMP**!

19. In *Starbucks v. McKinney*, the Supreme Court of the United States clarified the standard for injunctive relief under Section 10(j) of the National Labor Relations Act (NLRA or the "Act"). The 9-0 decision, authored by Justice Thomas, with Justice Jackson concurring in the judgment and dissenting in part, held that appropriate standard is the four-part test for preliminary injunctive relief articulated in *Winter v Natural Resources Defense Council, Inc.* 555 U.S. 7 (2008). That test requires the party seeking the injunction to show "[1] he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm **(JAIL)** in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is in the public interest." *Winter*, 555 U. S., at 20, 22. This represents a significant change and one that is likely to make it more difficult for the National Labor Relations Board (NLRB or the "Board") to obtain injunctive relief while an unfair labor practice claim is being litigated. Whereas Alfred Davis seeks injunction to prevent the courts from illegally moving forward to a trial without honoring all of Alfred Davis due process guarantees. To wit. Production of request for recordings (trial transcripts and hearing recordings) and court records (grand jury warrants Rule 6 & Grand Jury Indictments Rule 7). Duties and powers of the Grand Jury:

While grand juries are sometimes described as performing accusatory and investigatory functions, the grand jury's principal function is to determine whether or not there is probable cause to believe that one or more persons committed a certain Federal offense within the venue of the district court. Thus, it has been said that a grand jury has but two functions—to indict or, in the alternative, to return a "no-bill." *See* Wright, *Federal Practice and Procedure*, Criminal Section 110.

At common law, a grand jury enjoyed a certain power to issue reports alleging non-criminal misconduct. A special grand jury impaneled under Title 18 U.S.C. § 3331 is authorized, on the basis of a criminal investigation (but not otherwise), to fashion a report, potentially for public release, concerning either organized crime conditions in the district or the non-criminal misconduct in office of appointed public officers or employees. This is discussed at JM 9-11.300 and JM 9-11.330. *See Jenkins v. McKeithen*, 395 U.S. 411, 430 (1969); *Hannah v. Larche*, 363 U.S. 420 (1960). Whether a regular grand jury enjoys a comparable authority to issue a report is a difficult and complex question. *Cf. United States v. Briggs*, 514 F.2d 794 (5th Cir. 1975). The Criminal Division of the Department of Justice should be consulted before any grand jury report is initiated, whether by a regular or special grand jury. See also JM 9-11.330."

20. Where a litigant can prove that an officer of the court fraudulently coerced or improperly influenced the impartial nature of the court, fraud on the court can be established. See **Bulloch V. United States, 721 F.2d 713 at 718 (10th Cir. 1984)**; U.S. Attorney **Markenzy Laponte** filed an indictment and signed it without a grand jury decision violating Alfred Davis Fifth Amendment Right and the courts are moving forward despite the violation and deprivation of Alfred Davis rights. This is proof the U.S. Attorney influenced the impartial nature of the court, if influence was not made Alfred Davis would not seek injunctive relief and or temporary restraining order because due process would prevent the case from moving forward to a trial.

21. *"If a judge does not comply with the constitution, then his orders are void, See **In Re Sawyer**, 8 S.Ct. 482 (1888),* he is without jurisdiction to act. If a court acts where they did not have authority to act the court orders are null and void. See **Elliot V. Piersol**, 26 U.S. 328, 340 (1828) (Courts are constituted by authority, they cannot act beyond the power delegated to them. If a court acts without authority, in judgements and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to reversal. They constitute no justification; and all persons concerned in executing such judgements, or sentences,

are considered, in law, as trespassers.") **Basso V. Utah Power and Light Co**., 495 F.2d 906, 910, **United States V. Throckmorton**, 98 U.S. 61, 25 L. Ed. 93 (Fraud vitiates the most solemn contracts, documents, and even judgements.") which applies to this case. The Court and U.S. Attorney Markenzy Laponte did not have subject matter jurisdiction or jurisdiction to hear and decide the case because a grand jury did not issue an indictment. Federal law requires a grand jury indictment for a wire fraud charge to be filed in federal court. This is a constitutional requirement, as the Fifth Amendment to the US Constitution states that no person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury.

Here's a more detailed explanation:

**Grand Jury Indictment:**
A grand jury is a group of citizens (typically 16-23) convened by a federal judge to investigate criminal allegations. They review evidence presented by federal prosecutors to determine if there's enough evidence to charge someone with a crime. If they find enough evidence, they issue an "indictment," which is a formal accusation.
**Federal Wire Fraud:**
Wire fraud is a federal crime under 18 U.S.C. § 1343. It involves using wire, radio, television, or other electronic communication to commit a fraudulent scheme.
**Constitutional Protection:**
The Fifth Amendment to the Constitution protects individuals from being prosecuted for serious federal crimes without first being indicted by a grand jury. This requirement helps ensure that the government has a strong case before proceeding with a criminal trial.

22. **In Morison V. Coddington, 662 F.2d. 155, 135 Ariz. 480 (1983)** *("Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking the untruth.")* **Louisville V. Motley, 211 U.S. 149, 29 S.Ct. 42** *("If any tribunal finds absence of proof of jurisdiction over a person and subject-matter, the case must be dismissed. The accuser bears the burden of proof beyond a reasonable doubt.").* This court has never proven or stated its jurisdiction on the record for the record, without first establishing jurisdiction the case warrants dismissal.

23. Petitioner defines: "Fraud upon the court": "Which makes void the orders and judgments of that court. It is also clear and well-settled Illinois law that any attempt to commit "fraud upon the court" vitiates the entire proceeding. The People of the State of Illinois v. Fred E. Sterling, 357 Ill. 354; 192 N.E. 229 (1934) ("The maxim that fraud vitiates every transaction into which it enters applies to judgments as well as to contracts and other transactions."); Allen F. Moore v. Stanley F. Sievers, 336 Ill. 316; 168 N.E. 259 (1929) ("The maxim that fraud vitiates every transaction into which it enters ..."); In re Village of Willowbrook, 37 Ill.App.2d 393 (1962) ("It is axiomatic that fraud vitiates everything."); Dunham v. Dunham, 57 Ill.App. 475 (1894), affirmed 162 Ill. 589 (1896); Skelly Oil Co. v. Universal Oil Products Co., 338 Ill.App. 79, 86 N.E.2d 875, 883-4 (1949); Thomas Stasel v. The American Home Security Corporation, 362 Ill. 350; 199 N.E. 798 (1935). Under Illinois and Federal law, when any officer of the court has committed "fraud upon the court", the orders and judgment of that court are void, of no legal force or effect.

If jurisdiction is not alleged in the proceedings, then judgement and decrees are erroneous, and may be upon writ of error be reversed for that cause. The Judge never stated upon the record the court's jurisdiction. Thus, all orders are null and void. See 10 Wheat, Page 199. See also, Skillern's Executors V. May's Executors, 10 USC 267, 6 Cranch 267, 3 L.Ed. Grand Jury Minutes Grand Jury Minutes Grand Jury Minutes Grand Jury Minutes Grand Jury Minutes Grand Jury Minutes Grand Jury Minutes

24. U.S. Bank, GMAC, Deutsche Bank, J.P. Morgan, and HSBC are all Foreign Banks owned by China and Germany and Conspired with these Foreign Banks to circumvent Federal LAWS by buying American Banks put them out front then bribe Judges by giving them Money as shown in the Judge's financial Affidavits seen in 2nd Cause of Action to rule in the Banks favor using Lawyers paid off by them to Foreclose and Evict American Citizens out of their Homes illegally without being Detected by the Feds in Violation 12 U.S.C. 632. THESE BANKS ARE ALL FOREIGN BANKS OWNED BY CHINA AND GERMANY AND AS A FOREIGN BANKS FEDERAL LAW 12 U.S.C. 1432b,

## **RELIEF SOUGHT**

25. Petitioner is being forced to trial without being provided with discovery requests and production of grand jury warrants and indictments, a request was made and no

response by the courts for requests which deprive the petitioner of due process because he cannot retrieve evidence to exonerate himself in a timely manner to prevent malicious prosecution. The evidence is the U.S. District Court Clerk official video recording where a request was made to get a copy of the transcript for a hearing for appellate review and the judge and clerk of court has denied the video and or recordings  transcript and interfered with the process. Violating 18 U.S.C. 2076 and 18 U.S.C. 1701, See Also **Griffith V. Illinois**, 351 U.S. 12 (1956) Petitioner has a right to be given a copy of transcript for appellate review. If at any time a copy has a fee accessed the reason for the fee shall be noticed to the Defendant and the timely effort made to provide them with transcript once payment is rendered.

26. Petitioner also seeks additional witnesses that will provide testimony and sworn statements as to the unlawful charges against him.

27. Alfred Davis sought issuance for n injunction due to non-compliance with the law by courts and its agents. The request for Issue of injunction was made in the best interest of the public to protect the rights of Alfred Davis in the following:

- Have the courts to timely retrieve the transcripts and hearing transcript requests immediately and ensure the court costs are met.
- Have the court stay the trial until they provide Alfred Davis with a copy of the Grand Jury Warrant and The Grand Jury Indictment and the Minutes of each. In Accordance with Rule 6 & Rule 7 Of federal Rules of Criminal Procedure. Bonding information, Probation Contract, True Bill, and Bill of Attainder.
- Provide Alfred Davis with full discovery requests. To Wit. Bid Bond information, Bonding information, Probation Contract, True Bill, and Bill of Attainder.
- Review the Evidence and Injured Party De Novo.
- Enforce compliance with Honorable President Donald Trump Executive Order #301 Title 3 ENDING Weaponization of the Federal Government. The Department of Justice must act to investigate the weaponization of federal government agents and officers.
- Enforce compliance with the False Claims Act by having the Department of Justice investigate the false claims filed against Alfred Davis. See 31 U.S.C. Sections 3729-3722.
- Stay trial until the case number is investigated by the Department of Justice and other authorities as listed in the executive order and False Claims Act.

- The aforementioned will be in the best interest of the public and will protect Alfred Davis from deprivation and conspiracy against rights in causing him irreparable harm by way of malicious prosecution for governmental weaponization of federal law.
- Alfred Davis respectfully requests an emergency hearing on this injunction. Please schedule the hearing and subpoena all parties.
- Judge violated his oath of office 5 U.S.C. 3331, he practiced law from the bench 28 U.S.C. 454, and failed to report the criminal acts and deprivation of rights see 18 U.S.C. 2382 and 18 U.S.C. 4.
- Judge violated the Canon Code of Conduct Rule 1 & Rule 3.
- ***All of these Judges including Federal Judge Martinez Conspired to do Organized Fraud on our property and they all have money conflicts of interest with U.S. Bank as noted in this document Exactly like the 131 Federal Judges found guilty of Conflicts of Interest Lawyers found Guilty of Forging Judge's Orders, Exh. (73) , Exh. (72) and see to see Judges found guilty of Conflicts of Interest now we are at our Release on Bond and case should be Dismissed***

**Oath and Affirmation** Maurice S MAURICE Symonette

Under Jurat this declaration affidavit has been read and all facts stated herein are true and correct to the best of my knowledge. Executed this 5th day of May 2025.

Sincerely,



STATE OF FLORIDA / COUNTY OF DADE:
The foregoing instrument was sworn to /
acknowledged before me this 7th
day of May , 20 25 by
Alfred Davis
who has produced FDL
D 334 089 00 000 - 0
NOTARY PUBLIC

AND AFFIDAVIT OF ALFRED DAVIS

CHASE A. LALAJI
NOTARY PUBLIC
MY COMMISSION
EXPIRES 3-31-2026
STATE OF FLORIDA
COMMISSION NUMBER HH 223537

State of Florida            )            JURAT
                            ) ss:

County of Miami-Dade   )


On this ____day of _____, 2025, personally appeared before me
Alfred Davis who stated that he is this person as proved by identification and
acknowledged said instrument to be its voluntary act and deed. Subscribed
and sworn before me:


_____

Notary Public

MY COMMISSION
EXPIRES:_____

**United States District Court**
**Southern District of Florida**

Case Number: _25-80521-CV-_

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

X̲ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

___ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: _5 | 7 | 25_

Exh.A pg.1

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                      MIAMI DIVISION
                  CASE NO. 24-cr-20051-JEM
 3

 4   UNITED STATES OF AMERICA,        Miami, Florida

 5                Plaintiff,          May 15, 2024

 6        vs.                         10:43 a.m. - 2:17 p.m.

 7   ALFRED LENORIS DAVIS,            Volume 2

 8                Defendant.          Pages 1 to 66

 9

10                  TRANSCRIPT OF JURY TRIAL
           BEFORE THE HONORABLE JOSE E. MARTINEZ
11                UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13    FOR THE GOVERNMENT:       JONATHAN BAILYN, ESQ.
                                UNITED STATES ATTORNEY'S OFFICE
14                              99 NE 4th Street
                                Miami, Florida 33132
15
                                KATIE L. SADLO, ESQ.
16                              UNITED STATES ATTORNEY'S OFFICE
                                500 South Australian Avenue
17                              Suite 400
                                West Palm Beach, Florida  33401
18
      FOR THE DEFENDANT:        ZELJKA BOZANIC, ESQ.
19                              BOZANIC LAW, P.A.
                                17100 Royal Palm Blvd.
20                              Suite 1
                                Weston, Florida 33326
21
                                HUMBERTO DOMINGUEZ, ESQ.
22                              LAW OFFICE OF HUMBERTO R. DOMINGUEZ
                                150 West Flagler Street
23                              Suite 2900
                                Miami, Florida 33130
24

25
```

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

Changed

**Exh.A pg.2**   64

1         THE COURT:  I'm not sure.  I think there's

2    enough issue in this case that I think I'll let him out

3    until, at the very least, until sentencing.

4         So I will permit you to remain on bond under

5    the same terms and conditions that you have been up to

6    this time.  But, Mr. Davis, don't let me down because I'm

7    trusting you.  We will talk again.

8         Do we have a date for sentencing?

9         COURTROOM DEPUTY:  Yes, Judge.  The sentencing

10   date is Thursday, July 11th at 11:00 a.m.

11        THE COURT:  All right.  At this point, I'll

12   refer you to the U.S. Probation Office for the

13   preparation of a sentencing memorandum.  And cooperate

14   with them.  They'll tell you where to be.  Failure to

15   show up is a separate crime and a very serious one,

16   sometimes more serious than the underlying crime.  So you

17   must show up at the various times that you're told to.

18        Talk to the probation office people.  Help them

19   prepare your presentence investigation.  And we'll see

20   you back here on Thursday, July 11th --

21        At what time?

22        COURTROOM DEPUTY:  11:00 a.m.

23        THE COURT:  -- 11:00 a.m. here in this courtroom,

24   all right?

25        We will in recess on this matter.  I'll get you

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

C E R T I F I C A T E

        I certify that the foregoing pages represent a true and correct transcript of the above-styled proceedings as reported on the date, time, and location listed.

        I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was reported, and further that I am not financially nor otherwise interested in the outcome of the above-entitled matter.

DATE: 6/24/24    /s/Mary Ann Casale, RDR, FPR-C, CLR, CSR-IL
                Official Court Reporter
                United States District Court
                Southern District of Florida
                400 North Miami Avenue
                Miami, Florida 33128
                MaryAnn_Casale@flsd.uscourts.gov

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

AFFIDAVIT                    **EXH.B pg.1**

I ANNE TATE AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL. AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY, YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE. I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

_____
ANNIE TATE

Florida Driver License
F300-001-88-242-0

7/23/2024

STEPHANIE BLANDON
MY COMMISSION # HH231474
EXPIRES: January 8, 2026

AFFIDAVIT                           **EXH.B pg.2**

I CURTIS MCNEAL   AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY, YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE; I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR DAVIS.

Curtis McNeal
CURTIS MC NEAL
FLORIDA ID
M 254-121 58-385-0



7/23/2024

AFFIDAVIT                          **EXH.B pg.3**

Ruby Walsh AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL. AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE. I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR DAVIS.

Florida COL

W 470 - 138 - 63 - 205 - 0

STEPHANIE BLANDON
MY COMMISSION # HH 215074
EXPIRES January 4, 2026

7 | 23 | 2024

AFFIDAVIT

# EXH.B pg.4

Marcia Nelson I AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID I WON'T LET ME DOWN MR.DAVIS

MICAHIEL NICHLOSON

Florida Driver License

N242-549-89-041-0



7/13/2024

AFFIDAVIT

# EXH.B pg.5

I, JAMES BUCKMAN, AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JONNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS

JAMES BUCKMAN

Florida Driver License
B255-140-57-290-0

7/23/2024

AFFIDAVIT

# EXH.B pg.6

I, Willie Harvey, AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE   I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

Willie Harvey

I , WILLIE HARVEY

Florida CDL

HGID  BHO 58 29B 0

STEPHANIE BLANCOS
MY COMMISSION # HH 210474
EXPIRES January 4, 2026

7 / 23 / 2024



*Exh. C pg.1*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO.** 24-cr-20456-Becerra/Torres

**18 U.S.C. § 1343**
**18 U.S.C. § 1957**
**18 U.S.C. § 2**
**18 U.S.C. § 981(a)(1)(C)**
**18 U.S.C. § 982(a)(1)**

**UNITED STATES OF AMERICA**

vs.

**ALFRED DAVIS,**

        **Defendant.**

_____/

FILED BY_____*TM*_____D.C.

**Oct 15, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - WPB

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.    **ALFRED DAVIS** was the owner of the property located at 20031 NW 12th Court, Miami, Florida (the "property").

2.    U.S. Bank was a financial institution with branches located in the Southern District of Florida, and elsewhere.

3.    Amerant Bank was a financial institution with branches located in the Southern District of Florida.

4.    Figure Lending LLC was a financial services company headquartered in Charlotte, North Carolina.

5.    Lower LLC was a financial services company headquartered in New Albany, Ohio.

Exh. C pg. 2

## COUNTS 1–3
### Wire Fraud
### (18 U.S.C. §1343)

1.      The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2.      From on or about June 6, 2023, to on or about May 20, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ALFRED DAVIS,**

did knowingly, and with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communications in interstate commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

### PURPOSE OF THE SCHEME AND ARTIFICE

3.      It was the purpose of the scheme and artifice for the defendant, **ALFRED DAVIS,** to unlawfully enrich himself by applying for and obtaining Home Equity Lines of Credit ("HELOCs") by means of false and fraudulent representations and withdrawing and using the proceeds for his own use and benefit and the use and benefit of others.

### MANNER AND MEANS OF THE SCHEME AND ARTIFICE

The manner and means by which the defendant, **ALFRED DAVIS,** sought to accomplish the purpose of the scheme and artifice included, among other things, the following:

4.      On June 6, 2023, **ALFRED DAVIS** submitted a HELOC application to U.S. Bank, in support of which **DAVIS** included false and fraudulent tax returns.

-2-

5.      On June 30, 2023, **ALFRED DAVIS** submitted a HELOC application to Lower LLC.

6.      On July 8, 2023, **ALFRED DAVIS** submitted a HELOC application to Figure Lending LLC.

7.      On July 11, 2023, **ALFRED DAVIS** falsely and fraudulently represented to Figure Lending LLC that the property was free and clear of legal encumbrances, mortgages, and liens.

8.      On July 26, 2023, **ALFRED DAVIS** falsely and fraudulently represented to Lower LLC that the property had no prior mortgages and that **DAVIS** had not been issued credit by Figure Lending LLC.

## **USE OF THE WIRES**

9.      On or about the dates specified as to each count below, in the Southern District of Florida, the defendant, **ALFRED DAVIS,** for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false or fraudulent when made, did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of wire communications, certain writings, signs, signals, pictures, and sounds, as particularly described below:

| Count | Approximate Date | Description of Wire |
|-------|-----------------|---------------------|
| 1 | June 6, 2023 | The submission to U.S. Bank of an application for a HELOC in the approximate amount of $350,000. |
| 2 | June 30, 2023 | The submission to Lower LLC of an application for a HELOC in the approximate amount of $350,000. |
| 3 | July 11, 2023 | The submission of a free and clear letter to Figure Lending LLC in support of an application for a HELOC in the approximate amount of $400,000. |

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS 4–5
### Engaging in Transactions in Criminally Derived Property
### (18 U.S.C. §1957)

1.      The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2.      On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ALFRED DAVIS,**

did knowingly engage in, and attempt to engage in, a monetary transaction affecting interstate commerce, by, through, and to a financial institution, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, as described below:

| Count | Approximate Date | Description of Transaction |
|-------|-----------------|----------------------------|
| 4 | July 25, 2023 | The purchase of a cashier's check, payable to Boss Group Ministries, in the approximate amount of $35,000, from an account ending in 0406 at Amerant Bank. |
| 5 | August 1, 2023 | The purchase of a cashier's check, payable to **ALFRED DAVIS**, in the approximate amount of $50,000, from an account ending in 0406 at Amerant Bank. |

It is further alleged that the specified unlawful activity is wire fraud, in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1957 and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ALFRED DAVIS,** has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3.      Upon conviction of a violation of Title 18, United States Code, Section 1957, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 982(a)(1), and the

procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18,

United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

JONATHAN BAILYN
ASSISTANT UNITED STATES ATTORNEY

Nominee Report I U.S. Office of Government Ethics; 5 C.F.R. part 2634 I Form Approved: OMB No. (3209-0001) (Updated Nov. 2021)

**Exh.D pg.1**

# Executive Branch Personnel
## Public Financial Disclosure Report (OGE Form 278e)

### Filer's Information

LaPointe, Markenzy       **$2,000,615 Criminal Conflict of Interest with U.S. BANK**

United States Attorney, Southern District of Florida, Department of Justice - Executive Office for United States Attorneys

Other Federal Government Positions Held During the Preceding 12 Months:
None

Names of Congressional Committees Considering Nomination:
- Committee on the Judiciary

Electronic Signature - I certify that the statements I have made in this form are true, complete and correct to the best of my knowledge.

/s/ LaPointe, Markenzy [electronically signed on 06/30/2022 by LaPointe, Markenzy in Integrity.gov]

Agency Ethics Official's Opinion - On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below).
/s/ Gary, Arthur E, Certifying Official [electronically signed on 09/22/2022 by Gary, Arthur E in Integrity.gov]

Other review conducted by
/s/ Macklin, Jay, Ethics Official [electronically signed on 09/19/2022 by Macklin, Jay in Integrity.gov]

**Exh.D pg.2**

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|---|---|
| 2.1 | FID GOVT MMKT K6 (FNBXX) | Yes | $250,001 - $500,000 | | None (or less than $201) |
| 3 | Markenzy Lapointe, P.A. - Miami, Florida | No | | | |
| 3.1 | Pillsbury Winthrop Shaw Pittman LLP | N/A | | Partnership income | $905,176 |
| 3.2 | Pillsbury Winthrop Shaw Pittman LLP, capital account | N/A | $15,001 - $50,000 | | None (or less than $201) |
| 3.3 | U.S. bank (cash) | N/A | $250,001 - $500,000 | | None (or less than $201) ←—from U.S. Bank |
| 3.4 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Partnership Share | N/A | $50,001 - $100,000 | | None (or less than $201) |
| 3.5 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Discretionary Bonus | N/A | $50,001 - $100,000 | | None (or less than $201) |

## 3. Filer's Employment Agreements and Arrangements

| # | EMPLOYER OR PARTY | CITY, STATE | STATUS AND TERMS | DATE |
|---|---|---|---|---|
| 1 | Markenzy Lapointe, P.A. | Miami, Florida | Upon receiving the final payment from the firm, Markenzy Lapointe, P.A., my Professional Association (P.A.) will be inactive. | 8/2017 |
| 2 | Boies Schiller Flexner LLP | Miami, Florida | I will continue to participate in this defined contribution plan. The plan sponsor ceased making contributions upon my separation. | 7/2006 |
| 3 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Texas | I will continue to participate in this defined contribution plan. The plan sponsor will not make further contributions after my separation. | 8/2017 |
| 4 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Florida | I will be eligible to receive a bonus at the discretion of the firm management committee, if I am still employed by the firm at the time it is awarded and paid. If I am awarded a bonus, I will receive it by April of 2023. | 8/2017 |

# Exh.D pg.3

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT | |
|---|---|---|---|---|---|---|
| 11 | U.S. bank (cash) #1 | N/A | $1,001 - $15,000 | | None (or less than $201) | <--- from US BANK |
| 12 | U.S. bank (cash) #2 | N/A | $50,001 - $100,000 | | None (or less than $201) | <--- from US BANK |
| 13 | Brokerage Account | No | | | | |
| 13.1 | Innerscope Hearing Technologies Inc | N/A | $1,001 - $15,000 | | None (or less than $201) | |

## 7. Transactions

(N/A) - Not required for this type of report

## 8. Liabilities

| # | CREDITOR NAME | TYPE | AMOUNT | YEAR INCURRED | RATE | TERM |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2021 | 2.875 | 30 yrs |
| 2 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2018 | 4.125% | 30 yrs |

## 9. Gifts and Travel Reimbursements

(N/A) - Not required for this type of report





LaPointe, Markenzy - Page 8

**WELLS FARGO IS U.S. BANK THAT MARKENZY GOT 2 MILLION IN MORTGAGES FROM A CRIMINAL CONFLICT OF INTEREST.**

**Exh.E**

# FINANCIAL DISCLOSURE REPORT
Page 4 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Becerra, Jacqueline | 02/15/2024 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
|---|---|---|---|---|---|---|---|---|
| 1. Individual Assets (H) | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | L | T | | | | |
| 3. Account #1 (H) | | | | | | | | |
| 4. Brighthouse 6 Year Shield 15 S&P 500 Index Level Annuity (fixed) | | None | N | T | | | | |
| 5. Brighthouse 6 Year Shield 25 S&P 500 Index Level Annuity (fixed) | | None | N | T | | | | |
| 6. Account #2 (H) | | | | | | | | |
| 7. American Funds - The Income Fund of America 529A (CIMAX) | A | Dividend | J | T | | | | |
| 8. American Funds - The Income Fund of America 529F2 (FAIFX) | C | Dividend | L | T | | | | |
| 9. Account #3 (H) | | | | | | | | |
| 10. American Funds - The Income Fund of America-A (AMECX) | B | Dividend | K | T | | | | |
| 11. | | | | | | | | |
| 12. | | | | | | | | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |
| 15. | | | | | | | | |
| 16. | | | | | | | | |
| 17. | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

**Exh.F pg1**

| FORM 1 | STATEMENT OF FINANCIAL INTERESTS | 2022 |
|---|---|---|

FOR OFFICE USE ONLY

Please print or type your name, mailing address, agency name, and position below

LAST NAME - FIRST NAME - MIDDLE NAME
CABAN   DAVID   WARREN

MAILING ADDRESS
8171 Alexandria Circle

| CITY | Wellington | ZIP 33414 | COUNTY Palm Beach |
|---|---|---|---|

NAME OF AGENCY
GMS Govt Mgmt Svcs

NAME OF OFFICE OR POSITION HELD OR SOUGHT
Secretary - Madeira II Bond of Supervisors

CHECK ONLY IF ☐ CANDIDATE   OR   ☐ NEW EMPLOYEE OR APPOINTEE

**** THIS SECTION MUST BE COMPLETED ****

**DISCLOSURE PERIOD:**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022

**MANNER OF CALCULATING REPORTABLE INTERESTS:**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING (must check one):

☑ COMPARATIVE (PERCENTAGE) THRESHOLDS   US   ☐ DOLLAR VALUE THRESHOLDS

**PART A — PRIMARY SOURCES OF INCOME** [Major sources of income to the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

| NAME OF SOURCE OF INCOME | SOURCE'S ADDRESS | DESCRIPTION OF THE SOURCE'S PRINCIPAL BUSINESS ACTIVITY |
|---|---|---|
| University Investment Mgmt | 9405 NW 41st Ave, Doral, FL 33101 | Medical consulting |
| DCA Ventures LLC | 8171 Alexandria Circle, Wellington FL 33414 | Theatre Consulting |

**PART B — SECONDARY SOURCES OF INCOME** [Major customers, clients, and other sources of income to businesses owned by the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |

**PART C — REAL PROPERTY** [Land, buildings owned by the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

8171 Alexandria Circle Wellington FL 33414

You are not limited to the space on the lines on this form. Attach additional sheets, if necessary.

FILING INSTRUCTIONS for when and where to file this form are located at the bottom of page 2.

INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.

CE FORM 1 - Effective January - 2023
Incorporated by reference in Rule 34A-8.001, F.A.C.

Continued on reverse side

PAGE 1

**PART D — INTANGIBLE PERSONAL PROPERTY** [Stocks, bonds, certificates of deposit, etc. - See instructions]
(If you have nothing to report, write "none" or "n/a")

| TYPE OF INTANGIBLE | BUSINESS ENTITY TO WHICH THE PROPERTY RELATES |
|---|---|



**Exh.F pg2**

| FORM 1 | STATEMENT OF FINANCIAL INTERESTS | 2022 |
| --- | --- | --- |
| | | FOR OFFICE USE ONLY |

281638
Stephan Jacknowitz
General Employees' & Police Officers' Retirement Board
600 S. Ocean Blvd
Manalapan, FL 33462

CHECK ONLY IF ☐ CANDIDATE OR ☐ NEW EMPLOYEE OR APPOINTEE

**** THIS SECTION **MUST** BE COMPLETED ****

**DISCLOSURE PERIOD:**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31 2022

**MANNER OF CALCULATING REPORTABLE INTERESTS:**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES WHICH REQUIRES FEWER CALCULATIONS OR USING COMPARATIVE THRESHOLDS WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details) CHECK THE ONE YOU ARE USING **(must check one)**
☐ COMPARATIVE (PERCENTAGE) THRESHOLDS OR ☑ DOLLAR VALUE THRESHOLDS

**PART A — PRIMARY SOURCES OF INCOME** (Major sources of income to the reporting person. See instructions)
(If you have nothing to report, write "none" or "n/a")

| NAME OF SOURCE OF INCOME | SOURCE'S ADDRESS | DESCRIPTION OF THE SOURCE'S PRINCIPAL BUSINESS ACTIVITY |
| --- | --- | --- |
| Town of Manalpan | 600 S. Ocean Blvd Manalpan, FL 33462 | Town of Manalpan |
| None | None | None |

**PART B — SECONDARY SOURCES OF INCOME**
(Major customers, clients, and other sources of income to businesses owned by the reporting person. See instructions)
(If you have nothing to report, write "none" or "n/a")

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
| --- | --- | --- | --- |
| None | None | None | None |

**PART C — REAL PROPERTY** (Land, buildings owned by the reporting person. See instructions) | You are not limited to the space on the



Exh.F pg3

| FORM 1 | STATEMENT OF FINANCIAL INTERESTS | 2022 |
|---|---|---|

FOR OFFICE USE ONLY

LAST NAME – FIRST NAME – MIDDLE NAME
Abbate, Kevin, Victor

MAILING ADDRESS
122 Barefoot Cove

CITY: Hypoluxo  ZIP: 33462  COUNTY: Palm Beach

NAME OF AGENCY
Martin County Board of County Commissioners

NAME OF OFFICE OR POSITION HELD OR SOUGHT
Parks and Recreation Director

CHECK ONLY IF ☐ CANDIDATE OR ☐ NEW EMPLOYEE OR APPOINTEE

**** THIS SECTION **MUST** BE COMPLETED ****

**DISCLOSURE PERIOD**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022

**MANNER OF CALCULATING REPORTABLE INTERESTS:**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING (must check one)

☐ COMPARATIVE (PERCENTAGE) THRESHOLDS   OR   ☑ DOLLAR VALUE THRESHOLDS

**PART A – PRIMARY SOURCES OF INCOME** [Major sources of income to the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

| NAME OF SOURCE OF INCOME | SOURCE'S ADDRESS | DESCRIPTION OF THE SOURCE'S PRINCIPAL BUSINESS ACTIVITY |
|---|---|---|
| Extreme Sports Production, Inc. | 122 Barefoot Cove, Hypoluxo, FL 33462 | Event Production |
| | | |
| | | |

**PART B – SECONDARY SOURCES OF INCOME** [Major customers, clients, and other sources of income to businesses owned by the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |

**PART C – REAL PROPERTY** [Land, buildings owned by the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

None

You are not limited to the space on the lines on this form. Attach additional sheets, if necessary.

FILING INSTRUCTIONS for when and where to file this form are located at the bottom of page 2

INSTRUCTIONS on who must file this form and how to fill it out begin on page 3

CE FORM 1 – Effective January 1, 2023
Incorporated by reference in Rule 34-8.202(1), F.A.C.



Exh.F pg4

**FORM 1**     **STATEMENT OF FINANCIAL INTERESTS**     **2022**

FOR OFFICE USE ONLY:

24488
Keith W Babb, Jr
Pahokee
Mayor
2597 Bacom Point Rd
Pahokee, FL 33476

CHECK ONLY IF ☐ CANDIDATE    OR    ☐ NEW EMPLOYEE OR APPOINTEE

**\*\*\*\* THIS SECTION MUST BE COMPLETED \*\*\*\***

**DISCLOSURE PERIOD:**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31 2022

**MANNER OF CALCULATING REPORTABLE INTERESTS:**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING (must check one)

☐ COMPARATIVE (PERCENTAGE) THRESHOLDS    OR    ☑ DOLLAR VALUE THRESHOLDS

**PART A — PRIMARY SOURCES OF INCOME** [Major sources of income to the reporting person — See instructions]
If you have nothing to report, write "none" or "n/a")

| NAME OF SOURCE OF INCOME | SOURCE'S ADDRESS | DESCRIPTION OF THE SOURCE'S PRINCIPAL BUSINESS ACTIVITY |
|---|---|---|
| Social Security Admin. | P.O. Box 9000 Tallahassee, Fl 8235 | Retirement Income |
| City of Pahokee | 207 Begonia Dr. Pahokee Fl 33476 | Municipal Services |

**PART B — SECONDARY SOURCES OF INCOME** [Major customers, clients, and other sources of income to businesses owned by the reporting person. See instructions]
If you have nothing to report, write "none" or "n/a")

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |

**PART C — REAL PROPERTY** [Land, including buildings owned by the reporting person — See instructions]
(If you have nothing to report, write "none" or "n/a")

You are not limited to the space on the lines on this form. Attach additional sheets, if necessary.

FILING INSTRUCTIONS for when and where to file this form are located at the bottom of page 2

None

Case 9:25-cv-80521-WM Document 11 Entered on FLSD Docket 05/08/2025 Page 44 of 53



*The* WHITE HOUSE

*Exh. G pg. 1*

**PRESIDENTIAL ACTIONS**

ENDING THE WEAPONIZATION OF THE FEDERAL GOVERNMENT

The White House

January 20, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, and section 301 of title 3, United States Code, it is hereby ordered as follows:

Section 1. Purpose. The American people have witnessed the previous administration engage in a systematic campaign against its perceived political opponents, weaponizing the legal force of numerous Federal law enforcement agencies and the Intelligence Community against those perceived political opponents in the form of investigations, prosecutions, civil enforcement actions, and other related actions. These actions appear oriented more toward inflicting political pain than toward pursuing actual justice or legitimate governmental objectives. Many of these activities appear to be inconsistent with the Constitution and/or the laws of the United States, including those activities directed at parents protesting at school board meetings, Americans who spoke out against the previous administration's actions, and other Americans who were simply exercising constitutionally protected rights. The prior administration and allies throughout the country engaged in an unprecedented, third-world weaponization of prosecutorial power to upend the democratic process. It targeted individuals who voiced opposition to the prior administration's policies with numerous Federal investigations and politically motivated funding revocations, which cost Americans access to needed services. The

*Exh. G pg. 2*

Department of Justice even jailed an individual for posting a political meme. And while the Department of Justice has ruthlessly prosecuted more than 1,500 individuals associated with January 6, and simultaneously dropped nearly all cases against BLM rioters.

Therefore, this order sets forth a process to ensure accountability for the previous administration's weaponization of the Federal Government against the American people.

Sec. 2. Policy. It is the policy of the United States to identify and take appropriate action to correct past misconduct by the Federal Government related to the weaponization of law enforcement and the weaponization of the Intelligence Community.

Sec. 3. Ending the Weaponization of the Federal Government. (a) The Attorney General, in consultation with the heads of all departments and agencies of the United States, shall take appropriate action to review the activities of all departments and agencies exercising civil or criminal enforcement authority of the United States, including, but not limited to, the Department of Justice, the Securities and Exchange Commission, and the Federal Trade Commission, over the last 4 years and identify any instances where a department's or agency's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the Counsel to the President, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order.

(b) The Director of National Intelligence, in consultation with the heads of the appropriate departments and agencies within the Intelligence Community, shall take all appropriate action to review the activities of the Intelligence Community over the last 4 years and identify any instances where the Intelligence Community's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the National Security Advisor, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order. The term "Intelligence Community" has the meaning given the term in section 3003 of title 50, United States Code.

(c) In furtherance of these policies, departments and agencies are directed to comply

with applicable document-retention policies and legal obligations.  Instances of noncompliance with document-retention policies or legal obligations will be referred to the Attorney General.

Sec. 4.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,

   January 20, 2025.

NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

Exh - G pg 4

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

## Subscribe to The White House newsletter

SIGN UP

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy



| 11/07/2024 | 2 | NOTICE of ATTORNEY APPEARANCE: Zeljka Bozanic appearing for Alfred Davis. Attorney Zeljka Bozanic added to party Alfred Davis(pty:dft). (aw) (Entered: 11/08/2024) |
|---|---|---|
| 11/07/2024 | 4 | ORAL MOTION for Pretrial Detention Hearing by USA as to Alfred Davis. Responses due by 11/21/2024. (aw) (Entered: 11/08/2024) |
| 11/07/2024 | 5 | PAPERLESS ORDER granting 4 Government's Motion for Pretrial Detention Hearing as to Alfred Davis (1). Signed by Magistrate Judge Eduardo I. Sanchez on 11/7/2024. (aw) (Entered: 11/08/2024) |
| 11/07/2024 | 6 | Minute Order for proceedings held before Magistrate Judge Eduardo I. Sanchez: Initial Appearance and ARRAIGNMENT as to Alfred Davis (1) Count 1; 3,4-5 held on 11/7/2024. Bond set: Alfred Davis (1) STIP PTD with right to revisit. Government s Ore Tenus Motion for Pretrial Detention Hearing is Granted. Date of Arrest or Surrender: 11/7/2024. Attorney added: Zeljka Bozanic for Alfred Davis (1). (4:23:07; 14:28:38) It is ORDERED and ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence that is, evidence that favors the defendant or casts doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge Lauren Fleischer Louis on 11/7/2024. (aw) Modified on 11/8/2024 to correct the Magistrate Judge (aw). (Entered: 11/08/2024) |
| 11/12/2024 | 7 | ORDER SETTING CRIMINAL TRIAL DATE, PRETRIAL SCHEDULE AND INSTRUCTIONS as to Alfred Davis. Calendar Call set for 12/10/2024 at 10:00 AM in Courtroom 11-4 at the Wilkie D. Ferguson Courthouse before Judge Jacqueline Becerra. Jury Trial set for 12/16/2024 before Judge Jacqueline Becerra. Signed by Judge Jacqueline Becerra on 11/12/2024. See attached document for full details. (dgj) Pattern Jury Instruction Builder - To access the latest, up-to-date changes to the 11th Circuit Pattern Jury Instructions go to http://www.ca11.uscourts.gov or click here. (Entered: 11/12/2024) |
| 11/12/2024 | 8 | First RESPONSE to Standing Discovery Order by USA as to Alfred Davis (Bailyn, Jonathan) (Entered: 11/12/2024) |
| 11/26/2024 | 9 | Unopposed MOTION to Continue Trial and by Alfred Davis. Responses due by 12/10/2024. (Attachments: # 1 Text of Proposed Order)(Bozanic, Zeljka) (Entered: 11/26/2024) |
| 12/04/2024 | 10 | NOTICE of Intent to Use 902(11), 902(11), and 803(6) Evidence by USA as to Alfred Davis (Bailyn, Jonathan) (Entered: 12/04/2024) |
| 12/05/2024 | 11 | ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE AND RE-SETTING OF CRIMINAL TRIAL DATE as to Alfred Davis Re: 9 Unopposed MOTION to Continue Trial. Calendar Call set for 3/4/2025 at 10:00 AM in Courtroom 11-4 at the Wilkie D. Ferguson Courthouse before Judge Jacqueline Becerra. Jury Trial set for 3/10/2025 before Judge Jacqueline Becerra. Time excluded from 11/26/2024 until 3/10/2025. **Defendant's signed Waiver of Speedy Trial shall be filed within one week of this order and should specify the time period Defendant is waiving.** Signed by Judge Jacqueline Becerra on 12/5/2024. See attached document for full details. (dgj) (Entered: 12/05/2024) |
| 12/12/2024 | 12 | WAIVER of Speedy Trial by Alfred Davis (Bozanic, Zeljka) (Entered: 12/12/2024) |
| 01/10/2025 | 13 | MOTION / Notice that Maurice Symonette and Mack Wells Does Not Consent to the Magistrate Judge 28 USC 636 (C) (1) by Alfred Davis. Responses due by 1/24/2025. (pcs) (Entered: 01/13/2025) |
| 02/21/2025 | 14 | Unopposed MOTION to Continue Trial by Alfred Davis. Responses due by 3/7/2025. (Attachments: # 1 Text of Proposed Order)(Bozanic, Zeljka) (Entered: 02/21/2025) |
| 02/21/2025 | 15 | ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE AND RE-SETTING OF CRIMINAL TRIAL DATE as to Alfred Davis. Re: 14 Unopposed MOTION to Continue Trial. Calendar Call set for 4/1/2025 at 10:00 AM in Courtroom 11-4 at the Wilkie D. Ferguson Courthouse before Judge Jacqueline Becerra. Jury Trial set for 4/7/2025 before Judge Jacqueline Becerra. Time excluded from 2/21/2025 until 4/7/2025. **Defendant's signed Waiver of Speedy Trial shall be filed within one week of this Order and should specify the time period Defendant is waiving.** Signed by Judge Jacqueline Becerra on 2/21/2025. See attached document for full details. (dgj) (Entered: 02/21/2025) |
| 02/26/2025 | 16 | NOTICE OF ATTORNEY APPEARANCE: Brian Andrew Kirlew appearing for Alfred Davis . Attorney Brian Andrew Kirlew added to party Alfred Davis(pty:dft). (Kirlew, Brian) (Entered: 02/26/2025) |
| 02/27/2025 | 17 | WAIVER of Speedy Trial by Alfred Davis (Kirlew, Brian) (Entered: 02/27/2025) |
| 02/27/2025 | 18 | STIPULATION Substitution of Counsel by Alfred Davis (Kirlew, Brian) (Entered: 02/27/2025) |
| 02/27/2025 | 19 | Unopposed MOTION for Release from Custody (PreTrial Release) by Alfred Davis. Responses due by 3/13/2025. (Kirlew, Brian) (Entered: 02/27/2025) |
| 02/27/2025 | | Set Hearing in case as to Alfred Davis 19 Unopposed MOTION for Release from Custody (PreTrial Release). A Motion Hearing is set for 2/28/2025 at 10:00 AM in Miami Division before MIA Duty Magistrate Judge. (aw) (Entered: 02/27/2025) |
| 02/28/2025 | 20 | MOTION to Withdraw as Attorney by Zeljka Bozanic for / by Alfred Davis. (Attachments: # 1 Text of Proposed Order)(Bozanic, Zeljka) (Entered: 02/28/2025) |
| 02/28/2025 | 21 | PAPERLESS ORDER granting 20 Motion to Withdraw as Attorney. Zeljka Bozanic withdrawn from case as to Alfred Davis (1). Signed by Judge Jacqueline Becerra on 2/28/2025. (dgj) (Entered: 02/28/2025) |
| 02/28/2025 | 22 | Minute Order for proceedings held before Magistrate Judge Ellen F. D'Angelo: Granting 19 Motion for Release from Custody as to Alfred Davis (1); The Parties stipulate to $100,000 PSB with two co-signers. Defendant Released. (Digital 10:34:45) Signed by Magistrate Judge Ellen F. D'Angelo (kan) (Entered: 03/03/2025) |
| 02/28/2025 | 23 | $100,000.00 PSB Bond Co Signed Entered as to Alfred Davis Approved by Magistrate Judge Ellen F. D'Angelo. Please see bond image for conditions of release. (kan) (Additional attachment(s) added on 3/3/2025: # 1 Restricted Bond with 7th Page) (kan). (Entered: 03/03/2025) |
| 03/07/2025 | 24 | Unopposed MOTION to Continue Calendar Call and Trial by Alfred Davis. Responses due by 3/21/2025. (Kirlew, Brian) (Entered: 03/07/2025) |
| 03/10/2025 | 25 | ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE AND RE-SETTING OF CRIMINAL TRIAL DATE as to Alfred Davis. Re: 24 Unopposed MOTION to Continue Calendar Call and Trial. Calendar Call set for 4/15/2025 at 10:00 AM in Courtroom 11-4 at the Wilkie D. Ferguson Courthouse before Judge Jacqueline Becerra. Jury Trial set for 4/21/2025 before Judge Jacqueline Becerra. Time excluded from 3/7/2025 until 4/21/2025. **Defendant's signed Waiver of Speedy Trial shall be filed within one week of this Order and should specify the time period Defendant is waiving.** Signed by Judge Jacqueline Becerra on 3/10/2025. See attached document for full details. (dgj) (Entered: 03/10/2025) |
| 03/11/2025 | 26 | Second RESPONSE to Standing Discovery Order by USA as to Alfred Davis (Bailyn, Jonathan) (Entered: 03/11/2025) |
| 03/26/2025 | 27 | Third RESPONSE to Standing Discovery Order by USA as to Alfred Davis (Bailyn, Jonathan) (Entered: 03/26/2025) |

Exh. H



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

GENERAL JURISDICTION

US Bank (na)

   Plaintiff,

CASE NO.: 10 - 61928 CA 01

   vs.

Williams, Leroy

   Defendant(s),
_____/

2023 JUN -6 PM 3: 40 ... OF OR RECORD

Transfer Order on Recusal

This matter came before the undersigned Administrative Judge upon the recusal of Division **05** The case has been blind-filed by the Clerk of Court to Division **11** and all further proceedings shall be heard before that judge.

For further information, please visit the following website https://www.jud11.flcourts.org click on Judicial Directory, then the new division judge _Carlos Lopez_.

DONE and ORDERED in Chambers at Miami, Miami-Dade County, Florida, on this _JUN 06 2023_ day of _____ 202__.

ORIGINAL
JENNIFER D. BAILEY

Jennifer D. Bailey
Administrative Judge,
Circuit Civil Division

Copies furnished to:

Counsel of record

Filing # 172928996 E-Filed 05/11/2023 11:02:02 AM



## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION  CA05
JUDGE  Vivianne Del Rio

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____/

### ORDER OF RECUSAL

Docket Index Number: _____
Or
Efiling Number _____  Date Filed **05/11/2023**
Full Name of Motion  **Order of Recusal**

    **THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1  That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case

2  This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.



**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 11th day of May, 2023



2010-061928-CA-01 05-11-2023 10:49 AM
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

**CLERK TO RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, eservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abcfleservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com





Julie Anthousis, FLCourtDocs@brockandscott.com
Julie Anthousis, CourtXpress@firmsolutions.us
Justin James Kelley, FLeFileTeam@brockandscott.com
Justin James Kelley, FLCourtDocs@brockandscott.com
Justin James Kelley, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Matthew Marks, FLeFileTeam@brockandscott.com
Matthew Marks, FLCourtDocs@brockandscott.com
Matthew Marks, ECCM-FL@provana.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nashid Sabir, nashidlaw@gmail.com
Nicole R Topper Esq, ntopper@blankrome.com
Shaib Y Rios, FLeFileTeam@brockandscott.com
Shaib Y Rios, FLCourtDocs@brockandscott.com
Shaib Y Rios, ECCM-FL@provana.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, Stephen@bpinjury.com
Stephen Christopher Wilson, Natasha@bpinjury.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com
William Henry Stafford III, alisha.robinson@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com


**Physically Served:**



Julie Anthousis, FLCourtDocs@brockandscott com
Julie Anthousis, CourtXpress@firmsolutions us
Justin James Kelley, FLeFileTeam@brockandscott.com
Justin James Kelley, FLCourtDocs@brockandscott.com
Justin James Kelley, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Matthew Marks, FLeFileTeam@brockandscott.com
Matthew Marks, FLCourtDocs@brockandscott.com
Matthew Marks, ECCM-FL@provana.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nashid Sabir, nashidlaw@gmail.com
Nicole R Topper Esq, ntopper@blankrome.com
Shaib Y Rios, FLeFileTeam@brockandscott.com
Shaib Y Rios, FLCourtDocs@brockandscott.com
Shaib Y Rios, ECCM-FL@provana.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, Stephen@bpinjury.com
Stephen Christopher Wilson, Natasha@bpinjury.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com
William Henry Stafford III, alisha.robinson@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com


**Physically Served:**