AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

Alfred DAVIS
_____
Plaintiff(s)

v.

Civil Action No. 25-CV-80521

9:25-cv-80521-WM

Markenzy Lapointe Et. AL.
U.S. ATTY. General
_____
Defendant(s)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Judge Jose E. Martinez
Wilkie D. Ferguson Jr. U.S. Court House
400 N. Miami Ave. Room 10-1
Miami, FL. 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred DAVIS
627 SouthRidge RD.
DELRAY BEACH, FL. 33444

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 15, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Nadhege Augustin
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

Alfred DAVIS
_____
Plaintiff(s)

v.   Civil Action No. 25-CV-80521

Markenzy Lapointe Et. AL
U.S. Attorney General
_____
Defendant(s)

9:25-cv-80521-WM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Magistrate Judge Eduardo I. Sanchez
C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue 6th Floor
Miami FL. 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alfred Davis
627 South Ridge RD.
Delray Beach, FL. 33444

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CC: 9589 0710 5270 3

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: May 15, 2025

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

Alfred DAVIS
_____
Plaintiff(s)

v.   Civil Action No. 25-CV-80521

Markenzy Lapointe Et. AL.
U.S Attorney General
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) Federal Judge Jaqueline Becerra
Wilkie D. Ferguson, Jr United States Courthouse
400 North Miami Ave. Chambers 11-4
Miami, FL. 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alfred Davis
627 South Ridge RD.
Delray Beach, FL. 33444

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
CC: 9589 0710 5270 2402 8869 82

Date: May 15, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Alfred DAVIS
_____
Plaintiff(s)

v.

Markenzy Lapointe ET. AL.
U.S. ATTY. General
_____
Defendant(s)

9:25-cv-80521-WM

Civil Action No. 25-CV-80521

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Court Reporter MARY ANN CASALE
400 N. Miami Ave. #10-1 Chambers: Judge Jose E. Martinez
Miami, FL. 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alfred DAVIS
627 South Ridge RD
DELRAY BEACH, FL. 33444

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: May 15, 2025

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of FLORIDA

Alfred DAVIS
Plaintiff(s)

v.

Markenzy Lapointe
U.S Attorney General
Defendant(s)

Civil Action No. 25-cv-80521

9:25-cv-80521-WM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Judge Jose E. MARTINEZ
Wilkie D. Ferguson, Jr United States ct house
400 North Miami Avenue Rm 10-1
Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alfred Davis
627 South Ridge RD,
DelRay Beach, FL. 33444

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CC: 9589 0710 527

Date: May 15, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts