( )  UNITED STATES DISTRICT COURT
OF THE 11TH DISTRICT OF FLORIDA
MIAMI DIVISION

**ALFRED DAVIS**
   Petitioner,

V.                                             case number 25-CV-80521-WM

**MARKENZY LAPOINTE ET. AL.**



   Respondent(s).

---

## MOTION NOTICE TO TAKE NOTICE

Notice to take notice that MARKENZY LAPOINTE and JONATHAN BAILYN'S Summons was served on them May 9th, 2025, Exh.(A). But it does not show on the record and they Are required to answer this action in the same 21 days as the others. We have receipt.

_____          _____
**MAURICE SYMONETTE**                              **ALFRED DAVIS**
**15020 S. RIVER DR.**                               **627 SOUTHRIDGE RD.**
**MIAMI FL.33167**                                 **DELRAY BEACH FL. 33444**

