UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-80521-MATTHEWMAN

ALFRED DAVIS,

    Plaintiff,

v.

MARKENZY LAPONTE, et al.,

    Defendant.
_____/

## ORDER DIRECTING CLERK TO REASSIGN CASE TO A DISTRICT JUDGE

**THIS CAUSE** is before the Court upon Plaintiff Alfred Davis's Notice and Non-Consent to Jurisdiction by U.S. Magistrate Judge [DE 14].

Accordingly, the Clerk of Court shall randomly reassign this case to a District Judge, keeping the Undersigned assigned or referred on the case, pursuant to Administrative Order 2025-11.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of May 2025.

*[signature]*
WILLIAM MATTHEWMAN
United States Magistrate Judge