UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-80521-MATTHEWMAN

ALFRED DAVIS,

    Plaintiff,

v.

MARKENZY LAPONTE [sic], et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. Plaintiff filed a complaint on April 28, 2025. [DE 1]. A summons was issued for only four of the Defendants on May 15, 2025. [DE 12]. However, the docket reflects that no proper proof of service has been filed for all of the Defendants. Plaintiff's filings do not show that proper service has been completed for all Defendants under Federal Rule of Civil Procedure 4(i). Accordingly, on or by **August 15, 2025**, Plaintiff shall respond to this Order by filing a proper proof of service indicating that each Defendant was served within 90 days after the complaint was filed, or by showing good cause for the failure to comply with Rule 4(m). If no good cause is shown, or if it is evident from Plaintiff's response that he has lacked diligence, this case may be subject to dismissal without prejudice. Alternatively, if no timely response to this Order to Show Cause is filed, dismissal may result.

The Clerk of Court SHALL MAIL a copy of this Order to Plaintiff Alfred Davis at 627 South Ridge Rd., Delray Beach, FL 33444.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of August 2025.

_____
WILLIAM MATTHEWMAN
Chief United States Magistrate Judge
