UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Alfred Davis } | |
| Plaintiffs, } | |
| V. } | Case No.: 25-cv-80521 |
| Markenzy Lapointe, Et. Al., } | |
| } | |
| Defendants. } | |

## AFFIDAVIT OF PROOF OF SERVICE

I **Micahiel Nichloson** HEREBY state that all facts stated herein are true and correct to the best of my knowledge. I now state the following:

1. I am over 18 years of age.
2. I reside in Miami-Dade County, Florida.
3. My services were sought for process serving.
4. All Parties was served by me as a non-party to the complaint for documents filed.
5. Pursuant to Federal Rules of Civil Procedure Rule 5 (b)(2)(C)

(b) Service: How Made.

(2) *Service in General.* A paper is served under this rule by:

(C) mailing it to the person's last known address—in which event service is complete upon mailing.

    6. As a non-party I attest that process serving became complete upon the filing the mail with the U.S. Postal Service Mail Clerk and verified by receipts.



7. The following parties was served:

- Markenzie Laponte Certified receipt #9589071052703025110607
- Jonathan Bailyn Certified receipt # 9589071052703025111857

### Oath

**WHEREFORE** I have read the above facts, and all stated therein are true and correct to the best of my knowledge and belief. Executed this 16th day of June 2025.

Sincerely,

*Micahiel Nichloson*

MICAHIEL NICHLOSON
14100 NW 14TH AVE.
MIAMI FL. 33167

CC:file/AD



Exh. A

Nominee Report I U.S. Office of Government Ethics; 5 C.F.R. part 2634 I Form Approved: OMB No. (3209-0001) (Updated Nov. 2021)   **EXH. B PG.1**

# Executive Branch Personnel
## Public Financial Disclosure Report (OGE Form 278e)

### Filer's Information

LaPointe, Markenzy   **$2,000,615 Criminal Conflict of Interest with U.S. BANK**

United States Attorney, Southern District of Florida, Department of Justice - Executive Office for United States Attorneys

Other Federal Government Positions Held During the Preceding 12 Months:
None

Names of Congressional Committees Considering Nomination:
- Committee on the Judiciary

Electronic Signature - I certify that the statements I have made in this form are true, complete and correct to the best of my knowledge.

/s/ LaPointe, Markenzy [electronically signed on 06/30/2022 by LaPointe, Markenzy in Integrity.gov]

Agency Ethics Official's Opinion - On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below).
/s/ Gary, Arthur E, Certifying Official [electronically signed on 09/22/2022 by Gary, Arthur E in Integrity.gov]

Other review conducted by
/s/ Macklin, Jay, Ethics Official [electronically signed on 09/19/2022 by Macklin, Jay in Integrity.gov]

**EXH. B PG.2**

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|---|---|
| 2.1 | FID GOVT MMKT K6 (FNBXX) | Yes | $250,001 - $500,000 | | None (or less than $201) |
| 3 | Markenzy Lapointe, P.A. - Miami, Florida | No | | | |
| 3.1 | Pillsbury Winthrop Shaw Pittman LLP | N/A | | Partnership income | $905,176 |
| 3.2 | Pillsbury Winthrop Shaw Pittman LLP, capital account | N/A | $15,001 - $50,000 | | None (or less than $201) |
| 3.3 | U.S. bank (cash) | N/A | $250,001 - $500,000 | | None (or less than $201) <— from U.S. Bank |
| 3.4 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Partnership Share | N/A | $50,001 - $100,000 | | None (or less than $201) |
| 3.5 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Discretionary Bonus | N/A | $50,001 - $100,000 | | None (or less than $201) |

## 3. Filer's Employment Agreements and Arrangements

| # | EMPLOYER OR PARTY | CITY, STATE | STATUS AND TERMS | DATE |
|---|---|---|---|---|
| 1 | Markenzy Lapointe, P.A. | Miami, Florida | Upon receiving the final payment from the firm, Markenzy Lapointe, P.A., my Professional Association (P.A.) will be inactive. | 8/2017 |
| 2 | Boies Schiller Flexner LLP | Miami, Florida | I will continue to participate in this defined contribution plan. The plan sponsor ceased making contributions upon my separation. | 7/2006 |
| 3 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Texas | I will continue to participate in this defined contribution plan. The plan sponsor will not make further contributions after my separation. | 8/2017 |
| 4 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Florida | I will be eligible to receive a bonus at the discretion of the firm management committee, if I am still employed by the firm at the time it is awarded and paid. If I am awarded a bonus, I will receive it by April of 2023. | 8/2017 |

**EXH. B PG.3**

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT | |
|---|---|---|---|---|---|---|
|  | . bank (cash) #1 | N/A | $1,001 - $15,000 |  | None (or less than $201) | <--- from US BANK |
| 12 | U.S. bank (cash) #2 | N/A | $50,001 - $100,000 |  | None (or less than $201) | <--- from US BANK |
| 13 | Brokerage Account | No |  |  |  |  |
| 13.1 | Innerscope Hearing Technologies Inc | N/A | $1,001 - $15,000 |  | None (or less than $201) |  |

## 7. Transactions

(N/A) - Not required for this type of report

## 8. Liabilities

| # | CREDITOR NAME | TYPE | AMOUNT | YEAR INCURRED | RATE | TERM |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2021 | 2.875 | 30 yrs |
| 2 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2018 | 4.125% | 30 yrs |

## 9. Gifts and Travel Reimbursements

(N/A) - Not required for this type of report



**WELLS FARGO IS U.S. BANK THAT MARKENZY GOT 2 MILLION IN MORTGAGES FROM A CRIMINAL CONFLICT OF INTEREST.**

LaPointe, Markenzy - Page 8

Exh.C pg.1

# FORM 1 — STATEMENT OF FINANCIAL INTERESTS — 2022

FOR OFFICE USE ONLY

**LAST NAME — FIRST NAME — MIDDLE NAME:** CABAN - DAVID WARREN

**MAILING ADDRESS:** 8971 Alexandra Circle

**CITY:** Wellington  **ZIP:** 33414  **COUNTY:** Palm Beach

**NAME OF AGENCY:** GMS Gov't Mgmt. Svcs

**NAME OF OFFICE OR POSITION HELD OR SOUGHT:** Secretary - Madeira II Board of Supervisors

CHECK ONLY IF ☐ CANDIDATE  OR  ☐ NEW EMPLOYEE OR APPOINTEE

**DISCLOSURE PERIOD:**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022.

**MANNER OF CALCULATING REPORTABLE INTERESTS:**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING (must check one):
☑ COMPARATIVE (PERCENTAGE) THRESHOLDS    OR    ☐ DOLLAR VALUE THRESHOLDS

**PART A — PRIMARY SOURCES OF INCOME**

| NAME OF SOURCE OF INCOME | SOURCE'S ADDRESS | DESCRIPTION OF THE SOURCE'S PRINCIPAL BUSINESS ACTIVITY |
|---|---|---|
| Univision Communications | 9405 NW 41st Pl, Fl and | Media Consulting |
| DICA Ventures, LLC | 8971 Alexandra circle, highlight, FL 33414 | Media Consulting |

**PART B — SECONDARY SOURCES OF INCOME**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |

**PART C — REAL PROPERTY**

8971 Alexandra cir, Wellington FL 33414



Exh.C pg.2



Exh.C pg.3



