UNITED STATES DISTRICT COURTth

OF THE 11TH DISTRICT OF FLORIDA

PALM BEACH DISTRICT

| | | |
|---|---|---|
| ALFRED DAVIS | } | CASE No: 25-cv-80521 |
| Petitioner. | } | |
| v. | } | |
| | } | |
| Markenzy Lapointe Et. Al. | } | |
| Respondent(s). | } | |

FILED BY PPS D.C.

AUG 11 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE AND MOTION TO DEFAULT THE DEFENDANT

Comes now Alfred Davis and Maurice Symonette now pro se on this Injunction Attorney General Markenzy Lapointe, assistant attorney Jonathan Bailyn, Judge Jaqueline Becerra Judge Eduardo Sanchez, Judge Jose E. Martinez, Judge John Schlesinger, Dade County Judge Spencer Eig and Judge Vivianne Del Rio of the Eleventh Circuit both also acting as Attorney for the Judges in our Writ of Replevin Case#24-cv-23015-SC, And Judge Valerie Manno Schurr. Even if the Complaint was incorrect they have 20 days to answer and if they don't answer thay have defaulted. Because I Sent the Summons Certified to Each individual named in the Complaint as Defendants on May 9th, 2025 See Exh. A for proof of service its been 35 days but they only have 20 according to Rule 12.080(c) of the family law Rules of procedure. Rule5(1)(b)(C) states that by mailing legal documents to a person's last known address. Service is considered Complete upon mailing. They tried to coerce Alfred Davis into taking a plea by having the jury there not allowing him to use his own attorney forcing him to use an attorney who tricked him into thinking that he's going to fight the case but he was only there to get him to take a plea against

Alfred Davis's will. And the lawyer also betrayed him by sitting there and hearing the judge not say the jurisdiction of the case. Any way to force Alfred Davis to take a plea. also saying that Alfred Davis cannot use any witnesses, cannot use his chosen lawyer, and was given no time to prepare. All told to Alfred Davis and witnesses to force Alfred Davis to take a plea against his will. Markenzy Lapointe had a Conflict of Interest in $2million from U.S. Bank in mortgages plus $615,000 in cash from U.S. Bank Exh.B pgs. 1-3 and for not having a Grand Jury Indictment signed by the foreperson on the record in violation of Federal Rule of Criminal Precedure 6(c). No Grand Jury Warrant, Grand Jury Minutes Federal Rule 28 U.S.C. SS(6) and (7). And they did not even have a warrant to search Alfred Davis's email and they knew or should've known that the Supreme court knew that if you file something it must be on the record with the foreperson's signature on the Grand Jury Indictment and they have no Grand Jury Warrant. Grand Jury Minutes, which is required by Federal Rule of Criminal Procedure 6(e)(1).  which is all stated in the injunction that you can see on gods2.com. The Assistant Atty. Gen. Bailyn doesn't have a foreign registration license in accordance with the F.A.R.A ACT. He has no Citizenship which is required by the DOJ which he must have in order to be an atty. in the U.S. (required by the Executive Order 11935 by President Gerald Ford on Sept.2,1976). And he has no Financial Statements that you can search and that's out of 380 people Prosecutors and public defenders in violation of Ethics and Government Act 5 U.S.C. SS208 and the regulations at 5 C.F.R. Part 2634 Subpart J, 5 C.F.R. Part 2634 Subpart I, and 5 C.F.R Part 2634 Subpart H. He's the only one that does not have the Financial Disclosure Statements as required in order for him to be an Atty. and the law says and we have proof that they were served on May 9th, Exh.C pgs. 1-4.

## Oath and Affirmation

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 28th day of May 2025.

_____        _____
MAURICE SYMONETTE            ALFRED DAVIS
15020 S. RIVER DR.               627 SOUTHRIDGE RD.
MIAMI FL. 33167                 DELRAY BEACH FL. 33444

NEXT FRIEND

FedEx shipping label

ORIGIN ID:RTPA (786) 344-0499
JAMES BUCKMAN
15020 S RIVER DR
MIAMI, FL 33167
UNITED STATES US

TO WILKIE D FERGUSON
400 N MIAMI AVE
MIAMI FL 33128

TRK# 3919 4479 3551

SHIP DATE: 09AUG25
ACTWGT: 0.50 LB
CAD: 6866887/SSFE2621

BILL CREDIT CARD

REC'D BY AUG 11 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
D.C.

MON - 11 AUG 5:00P
STANDARD OVERNIGHT

33128
FL-US MIA

3C MPBA

FedEx Express E