UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80521-CIV-DIMITROULEAS/MATTHEWMAN

ALFRED DAVIS,

    Plaintiff,

vs.

MARKENZY LAPONTE [sic], et al.,

    Defendant.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; CLOSING CASE

THIS CAUSE is before the Court upon the September 9, 2025 Report and Recommendation of United States Magistrate Judge Patrick M. Hunt (the "Report") [DE 31]. The Court notes that no objections to the Report [DE 31] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 31] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 31] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    **1.** The Report [DE 31] is hereby **ADOPTED** and **APPROVED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to effectuate proper service after being provided numerous opportunities to do so.

3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 3rd day of October, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
Magistrate Judge Matthewman